JPML FORM 1A                        DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 310 -- IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION

| Date | No. Code | |
|------|----------|---|
| 5/26/77 | 1 | MOTION, BRIEF, CERT. OF SERVICE, EXHIBITS, A,B,C,D,E,F,G,H,I,J,K, L,M,N,O,P,Q,R,S,T,U,V,W,X FOR TRANSFER OF ACTIONS |
| | | SUGGESTED TRANSFEREE DISTRICT:  S.D. TEXAS |
| | | MOTION FILED BY FOLLOWING DEFENDANTS:  ST. JOE PAPER CO.; ALTON BOX; FIBREBOARD CORP.;GEORGIA PACIFIC; GREENBAY PACKAGING; HOERNER-WALDORF; INLAND CONTAINER; INTERNATIONAL PAPER; LONGVIEW FIBRE CO.; MACMILLAN BLOEDEL AND MACMILLAN BOOEDEL CONTAINERS; THE MEAD CORP.; MENASHA;  OLINKRAFT;OWENS-ILLINOIS; ST REGIS PAPER CO; SOUTHWEST FOREST; STONE CONTAINER |
| 6/6/77 | 2 | RESPONSE -- INLAND CONTAINER CO. w/cert. of service |
| 6/7/77 | | APPEARANCES -- STEPHEN D. SUSMAN for Adams Extract Co., Inc. |
| | | H. KENNETH KUDON, ESQ. for Pepsi Cola Bottling Co. of D.C |
| | | VANCE K. OPPERMAN for West Publishing Co. |
| | | ROBERT S. ATKINS, ESQ. for Douglas Furniture Corp. |
| | | SPECKS & GOLDBERG for The Amberley Greeting Card Co. |
| | | HOWARD A. SPECTER, ESQ. for Co-ordinated Industries, Inc. |
| | | JAMES B. SLOAN, ESQ. for Furniture Plastics, Inc. |
| | | LAWRENCE WALNER, ESQ. for Carron Mfg. Co. |
| | | IRA JAY SANDS, ESQ. for Carnivale Bag Co., Inc. |
| | | LEONARD BARRACK, ESQ. for Durawood Industries, Inc. |
| | | ELWOOD KENDRICK, ESQ. for Sambo's Restaurants, Inc. |
| | | ALLEN D. BLACK, ESQ. for AFTER SIX, INC. |
| | | ROBERT B. MAUCKER, ESQ. for Alton Box Board Co. |
| | | JOHN T. LOUGHLIN, ESQ. for Boise Cascade Corp. |
| | | JOHN J. MCHUGH, ESQ. for Container Corp. of America |
| | | W. DONALD MCSWEENEY, ESQ. for The Continental Group, Inc. |
| | | THOMAS G. SLATER, JR., ESQ. for The Chesapeake Corp. of V |
| | | WILLIAM I. GOLDBERG, ESQ. for Consolidated Packaging Corp |
| | | JEFFREY M. CROSS, ESQ. for Willamette Industries, Inc., Western Kraft East, Inc., and Corco, Inc. |
| | | HOWARD T. MILMAN, ESQ. for Crown Zellerbach Corp. |
| | | BRUCE A. HECKER, ESQ. for Diamond International Corp. |
| | | JOHN E. BURKE, ESQ., for Dura Containers, Inc. |
| | | MARTIN R. BROWNING, ESQ. for Fibre Box Assn. |
| | | CHARLES E. HANGER, ESQ. for Fibreboard Corp. |
| | | CLOYD R. MELLOTT, ESQ. for Georgia-Pacific Corp. |
| | | ROBERT V. ABENDROTH, ESQ. for Hoerner Waldorf Corp. |
| | | THOMAS M. SCANLON, ESQ. for Inland Container Corp. |
| | | ARTHUR W. HAHN, ESQ. For Interstate Container Corp. |
| | | JOSEPH JAWORSKI, ESQ. for International Paper Co. |
| | | MACDONALD FLINN for MacMillan-Bloedel |
| | | ALAN M. WISEMAN, ESQ. for The Mead Corp. |
| | | C. KENNETH SHANK, JR., ESQ. for Olinkraft, Inc. |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. __2__

DOCKET NO. 310  --  IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION

| Date | No. Code | |
|------|----------|---|
| 6/7/77 | | APPEARANCES (Continued) |
| | | EARL E. POLLOCK, ESQ. for Owens-Illinois, Inc. |
| | | W. HOUSTON HARSHA, ESQ. for Packaging Corp. of America |
| | | RICHARD N. CARRELL, ESQ. for St. Joe Paper Co. |
| | | H. RICHARD WACHTEL, ESQ. for St. Regis Paper Co. |
| | | FRANK B. DAVIS, ESQ. for Southwest Forest Industries |
| | | ROBERT J. MALINAK, ESQ. for Stone Container Corp. |
| | | ROBERT J. bagdasarian, Esq. for Union Camp. Corp. |
| | | E. NOBLES LOWE, ESQ. for Westvaco Corp. |
| | | JOHN H. MORRISON, ESQUIRE for Weyerhaeuser Co. |
| | | RICHARD M. CLINTON for Longview Fibre Co. |
| | | JAMES G. HIERING, ESQ. for U. S. Corrugated Fibre Box Co. |
| 6/8/77 | | REQUEST FOR EXTENSION OF TIME TO FILE -- N. D. Illinois Plaintiffs |
| | | GRANTED TO ALL to June 24, 1977 |
| 6/9/77 | 3 | JOINDER IN MOTION -- PACKAGING CORP.OF AMERICA, WEYERHAEUSER, |
| | | WILLAMETTE INDUSTRIES, INC., WESTERN KRAFT |
| | | EAST, INC., AND CORCO, INC. -- NOT DESIGNATING |
| | | A TRANSFEREE DISTRICT |
| 6/9/77 | | APPEARANCES -- WILLIAM A. STERNS, ESQ. for MENASHA CORP. |
| | | JOSEF D. COOPER, ESQ. for Westbrae Natural Foods, Inc. |
| 6/9/77 | 4 | RESPONSE -- CONTAINER CORP. OF AMERICA w/cert. of eervice |
| 6/9/77 | 5 | RESPONSE  -- CONSOLIDATED RESPONSE OF TEXAS PLAINTIFFS |
| | | Brief and cert. of service |
| 6/10/77 | 6 | REBPONSE -- CONSOLIDATED PACKAGING CORP., DURA CONTAINERS, INC. |
| | | WXEE w/cert. of service |
| 6/10/77 | 7 | RESPONSE -- CROWN ZELLERBACH CORP. w/cert. of service |
| 6/10/77 | 8 | RESPONSE -- CONTINENTAL GROUP w/cert. of service |
| 6/14/77 | | APPEARANCES -- ARCADIA FURNITURE CORP. (A-9) LEVEE FURNITURE CO. |
| | | (A 6) VALLEY PLASTICS, INC. (A5) AUSTIN PRODUCTS |
| | | CO. (A8) REDWING INDUSTRIES, INC. (A20) WINONA |
| | | INDUSTRIES, INC. (A21) PEPCO INDUSTRIES, INC. (A- 22) |
| | | by ARNOLD D. HENKEL, ESQ. |
| 6/20/77 | | APPEARANCES -- PHILLIP. C. GOLDSTICK, ESQ. for Wittek Golf Supply Co., In |
| | | ALLAN N. LITTMAN, ESQ. for Potlatch Corp. |
| | | WAYNE J. ROPER, ESQ. for Green Bay Packaging Co. |
| 6/27/77 | 9 | OPPOSITION TO MOTION FOR TRANSFER TO THE S.D. TEXAS, BRIEF -- The |
| | | ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~ |
| | | CONSOLIDATED N.D. ILLINOIS PLAINTIFFS w/cert. of service |
| 6/29/77 | ~~##~~ | REQUEST FOR EXTENSION TO FILE REPLY -- DEFENDANTS -- GRANTED TO |
| | | JUL. 8, 1977 |
| 7/8/77 | 10 | REPLY TO OPPOSITION TO MOTION FOR TRANSFER -- Defendants Inland |
| | | Container Corp., et al. w/cert. of Service. |
| 7/12/77 | 11 | REPLY TO OPPOSITION TO MOTION TO TRANSFER -- Defendants Packaging Corp. |
| | | of America, Weyerhaeuser Co., Willamette Industries, Inc., Western |
| | | Kraft East, Inc., and Corco, Inc. w/cert. of service |
| 7/18/77 | 12 | REPLY -- ~~XXXXXXXXXXXXXXXX~~ COVINGTON FABRCS, INC. (Interested |
| | | Party Statement) No service indicated except for |
| | | individuals in the action.    (B-8 Plaintiff Covington) |
| | | |
| | | |

JPML FORM 1A – Continuation                     DOCKET ENTRIES -- p. __3__

DOCKET NO. 310 ___ -- IN  RE CORRUGATED CONTAINER ANTITRUST LITIGATION

| Date | No. Code | |
|------|----------|---|
| 7/21/77 | 13 | AMENDMENT TO MOTION -- Movants Defendants -- W/cert of Service Adding Actions B-1 through B-14 |
| 7/22/77 | 14 | RESPONSE -- Motion for Transfer to the S.D. Texas -- Plaintiff B-7 United Farmers Cooperative, Inc. w/cert. of service |
| 7/26/77 | 15 | JOINDER IN CERTAIN PLAINTIFFS' SUPPORT OF DEFENDANTS" MOTION TO TRANSFER TO SOUTHERN DISTRICT OF TEXAS-- B-12 Westside Paper Co. v. Alton Box Board Co., et al., w/cert. of service |
| 7/28/77 | | APPEARANCE -- GUIDO SAVERI, ESQ. for Andre-Boudin Bakeries |
| 7/29/77 | | APPEARANCE -- JAMES W. WITHERSPOON for United Farmers Cooperative, Inc. |
| 8/1/77 | | CERTIFICATE OF SERVICE FOR NEW ACTIONS B-1 through B-14 from Packaging Corp. of America (attached to Brief No. 3) |
| 8/1/77 | | APPEARANCE -- JACK CORINBLIT, ESQ.  for Westside Paper Co. |
| 8/2/77 | | APPEARANCE -- JEROME S. WALD, ESQ. for Veneer Distributors, Inc. |
| 8/4/77 | 16 | RESPONSE -- Artcraft Press, Inc. w/cert. of svc. |
| 8/4/77 | | APPEARANCE -- JACK L. CHESTNUT, ESQ. for Artcraft Press, Inc. |
| 8/5/77 | | APPEARANCE -- ARNOLD LEVIN for Salsburg Meats, Inc. |
| 8/5/77 | 17 | OPPOSITION TO MOTION FOR TRANSFER -- VENEER DISTRIBUTORS, INC. w/cert. of service. |
| 8/9/77 | | ROBERT KAPLAN, ESQ. for The Beaumont Co. |
| 8/26/77 | | HEARING ORDER -- Setting A-1 through A-23 and B-1 through B-14 (37 action for hearing, September 30, 1977 Boston, Massachusetts. |
| 8/26/77 | | APPEARANCE -- Jerry S. Cohen, Esq. for Bodines, Inc. |
| 9/9/77 | 18 | AMENDMENT TO MOTION TO ADD C-1 The Heager Potteries, Inc., et al. v. Alton Box Board Co., S.D. Texas, C.A. No. H-77-1457 JOINDER OF PLAINTIFF TO TRANSFER LITIGATION TO S.D.TEXAS UNDER 28 U.S.C. §1407 |
| 9/19/77 | 19 | MEMORANDUM IN SUPPORT OF TRANSFER MOTION -- The Beaumont Company w/cert. of svc. |
| 9/19/77 | 20 | NOTICE OF JOINDER IN MOTION FOR TRANSFER -- Defendant U.S. Corrugated Fibre Box Co. w/cert. of svc. |
| 9/26/77 | | WAIVER OF ORAL ARGUMENT FOR SEP. 30, 1977 -- Artcraft Press, Inc., Northland Aluminum,Menasha Corp., Union Camp. Corp.,Dura Containers, Inc., Westvaco Corp., Bodines, Inc., Sambo's Restaurants , Inc., Durawood Industries, Inc.,Packaging Corp. of America, |
| 9/28/77 | | WAIVER OF ORAL ARGUMENT FOR SEPT. 30, 1977 hearing -- defendant Consolidated Packaging Corporation w/cert. of svc |
| 9/30/77 | | FILED IN OPEN COURT -- Plaintiffs Brief Amberley Greeting Card Co., Andre Boudin Bakeries, Inc., Al Barker Publishing Co., Artcraft Press, Inc., Carnival Bag Co.Carron Mfg. Co., Co-Ordinated Industries, Inc., Douglas Furniture Corp., Durawood Industries, Inc., Furniture Plastics, Inc., Sambo's Snyder-Craft Co., Inc., WEstbrae Natural Foods, Wittek Golf Supply Inc., Bodines, Inc., Veneer Distributors, Inc., Erie Seeting Co., Rossville Packing co., and Tierra Royal Potteries, Inc., Opposing Transfer to the S.D. Texas |
| 10/3/77 | | WAIVER OF ORAL ARGUMENT -- Plaintiff Westbrae Natural Foods, Inc. for hearing held on Sept. 30, 1977 |

JPML FORM 1A                    DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 310 -- In re Corrugated Container Antitrust Litigation

| Date | No. Code | |
|---|---|---|
| 11/29/77 | | CONSENT OF TRANSFEREE COURT -- For Judge John V. Singleton, Jr. to handle litigation in the Southern District of Texas under 28 U.S.C. §1407. (emh) |
| 11/29/77 | | OPINION AND ORDER -- Transferring A-10 thru A-19, and B-5 thru B-14 to the Southern District of Texas for coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407. (emh) |
| 12/8/77 | | C-2 Erie Seating v. Alton Box Board, N.D. Ill., C.A. #77C 3596 |
| | | C-3 Northland Aluminum Products v. Alton Box Board, D. Minn., 4-77-315 |
| | | C-4 Land O'Lakes, Inc. v. Alton Box Board, D. Minn., 4-77-403 |
| | | C-5 Franklin Container Corp. v. International Paper Co., E.D. Pa., C.A. #77-3204 |
| | | C-6 Town House Furn. Ltd. v. Willamette Industries, N.D. Ill., 77C 2826 |
| | | C-7 Tierra Royal Potteries, Inc. v. Alton Box Board, D. Kansas, 77-2243 |
| | | CONDITIONAL TRANSFER ORDER FILED TODAY -- NOTIFIED COUNSEL AND INVOLVED JUDGES |
| 12/23/77 | | C-5 FRANKLIN CONTAINER CORP. V. INTL. PAPER CO., E.D.PA., 77-3204 NOTICE OF OPPOSITION RECEIVED -- Franklin Container Corp. Notified judges and all counsel |
| 12/23/77 | | C-5 FRANKLIN CONTAINER CORP. v. INTL. PAPER CO., E.D.PA., 77-3204 NOTICE OF OPPOSITION RECEIVED -- Inland Container Corp. Notified all counsel |
| 12/23/77 | | C-5 FRANKLIN CONTAINER CORP. v. INTL. PAPER CO., E.D.PA., 77-3204 NOTICE OF OPPOSITION RECEIVED -- Continental Group, Inc. Notified all counsel |
| 12/27/77 | | C-2 Erie Seating v. Alton Box Board, N.D. Ill., #77C 3596 |
| | | C-3 Northland Aluminum Products v. Alton Box Board, D. Minn., 4-77-315 |
| | | C-4 Land O'Lakes, Inc. v. Alton Box Board, D. Minn., 4-77-403 |
| | | C-6 Town House Furn. Ltd. v. Willamette Industries, N.D. Ill., 77C 2826 |
| | | C-7 Tierra Royal Poteries, Inc. v. Alton Box Bd., D. Kansas, 77-2243 |
| | | CTO FINAL TODAY -- NOTIFIED INVOLVED JUDGES AND CLERKS |
| 12/28/77 | | REQUEST FOR EXTENSION -- Franklin Container Corp. -- GRANTED TO ALL TO AND INCLUDING JAN 16, 1978 |
| 12/30/77 | | REQUEST FOR EXTENSION --Continental Group, Inc. and Inland Container Corp. -- GRANTED TO ALL PREVIOUSLY TO 1/16/78 |
| 1/16/78 | 21 | MOTION, BRIEF, Cert. of Service (C-5) Franklin Container Corp. v. International Paper Co., et al., E.D. Pa., 77-3204-- INLAND CONTAINER CORP. (rew) |
| 1/16/78 | 22 | MOTION, BRIEF, Cert of Service (C-5) Franklin Container Corp. v. International Paper Co., et al., E.D. Pa., 77-3204 -- FRANKLIN KXXXX CONTAINER CORP. AND TIM BAR PAPER CO. (rew) |
| 1/16/78 | 23 | MOTION, BRIEF, CERT.OF SVC. (C-5) Franklin Container Corp., et al., v. International Paper Co., et al., E.D.Pa., C.A.#77-3204 -- The Continental Group, Inc. (ea) |
| 1/24/78 | | C-8 ITT Continental Baking Co., et al. v. Alton Box Board Co.,et al. C.D. California, 77-4678 |
| | | CTO FILED TODAY. Notified involved counsel and judges. (emh) |

DOCKET NO. __310__ --  IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION

| Date | No. Code | |
|------|------|---|
| 1/31/78 | 24 | RESPONSE -- 7 Defendants (Chesapeake Corp., Crown-Zellerbach Corp., International Paper Co., MacMillan Bloedel, Inc., Owens-Illinois, Union Camp Corp., St. Regis Paper Co.) -- w/cert. of service (cds) |
| 2/1/78 | 25 | RESPONSE -- Mead Corp., Weyerhaeuser Co., Container Corp. of America Packaging Corp. of America w/exhibit A and Cert of Service |
| 2/2/78 | 26 | RESPONSE -- Statement of Plaintiffs' Steering Committee -- w/cert. of svc. (ea) |
| 2/3/78 | 27 | RESPONSE --  Potlatch Corporation -- w/cert. of service (cds) |
| 2/3/78 | | HEARING ORDER -- setting C-5 for hearing -- Feb. 24, 1978 in Miami, Florida (ea) |
| 2/9/78 | | C-8  ITT Continental Baking Co., et al. v. Alton Box Board., et al. C.D. California, C.A. #77-4678 |
| | | CTO FINAL TODAY.  Notified involved clerks and judges (emh) |
| 2/22/78 | | WAIVERS OF ORAL ARGUMENT FOR 2/24/78 HEARING -- Menasha Corp. by William A. Sterns, Esq. and Crown Zellerbach Corp. by Howard T. Millman, Esq. |
| 3/22/78 | | C-5 Franklin Container Corp., et al. v. International Paper Co., et al., E. D.Pennsylvania, C. A. No. 77-3204 |
| | | OPINION AND ORDER FILED TODAY in above-captioned case transferring case to the S.D. Texas for coordinated or consolidated pretrial processing.  Notified involved clerks, judges, counsel, publishers, and other interested recipients.   (ea) |
| 3/30/78 | | C-9 Accurate Metal Weatherstrip Co., Inc. v. Alton Box Board Co., et al., S.D. N.Y., C.A. 78CIV415 |
| | | C-10 Scranton Royal Crown Bottling Co., et al. v. Alton Box Board Co., E.D. Penn., C.A. # 78-375 |
| | | CONDITIONAL TRANSFER ORDER FILED TODAY -- Notified Judges & counsel(cds |
| 4/17/78 | | C-9 and C-10 -- CONDITIONAL TRANSFER ORDER FINAL TODAY -- Notified Involved Judges and Clerks  (cds) |
| 5/11/78 | | C-11 Draper-King Cole, Inc., et al. v. Alton Box Board Co., et al. E.D. PA, C.A. No. 78-1330 (emh) |
| | | CONDITIONAL TRANSFER FILED TODAY. Notified involved counsel & judges. |
| 5/30/78 | | C-11 Draper-King Cole, Inc., et al. v. Alton Box Board Co., et al., E. D. Pa., C.A.No. 78-1330 |
| | | CONDITIONAL TRANSFER ORDER FINAL TODAY. Notified involved clerks and judges. (ea) |
| 6/1/78 | | C-12 Iowa Beef Processors, Inc. v. Alton Box Board Co., ET AL., N. D. Il., C. A. No. 78C-1843 |
| | | CONDITIONAL TRANSFER ORDER FILED TODAY.  Notified involved counsel and judges.        (ea) |
| 6/16/78 | | C-12 Iowa Beef Processors, Inc. v. Alton Box Board Co., et al., N. D. Ill., C. A. No. 78C-1843 |
| | | CTO FINAL TODAY.  Notified involved clerks and judges.  (ea) |

JPML FORM 1A - Continuation            DOCKET ENTRIES -- p. 6

DOCKET NO. 310 -- IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION

| Date | No. Code | |
|------|----------|---|
| 7/7/78 | | C-13 Ilikon Corporation v. Alton Box Board Co., et al., N.D.ILL, Civil Action No. 78-C-2591 |
| | | CTO FILED TODAY. Notified involved Counsel and Judges (emh) |
| 7/25/78 | | C-13 ILIKON CORP. V. ALTON BOX BOARD CO., ET AL., N.ILL, 78C2591 |
| | | CTO FINAL TODAY. Notified Involved Clerks, Involved Judges (rew) |
| 8/11/78 | | C-14 Three J. Farms, Inc., et al. v. Alton Box Board, et al. D S.Car., 78-1257 -- CTO filed today. Notified counsel, INVOLVED |
| | | AND involved judges    (rew) |
| 8/16/78 | | C-14 Three J. Farms, Inc., et al. v. Alton Box Board Co., et al., D. S. Carolina, C.A.No. 78-1257 |
| | | NOTICE OF OPPOSITION -- Three J. Farms, Inc.,(I. Walton Bader, Esq. Counsel).    (ea) |
| 8/22/78 | | C-15 Sunmark, Inc. v. Alton Box Board Co., et al., N.D.ILL. Civil Action No. 78-C-3164 |
| | | CTO FILED TODAY. Notified involved counsel and Judges. (emh) |
| 8/28/78 | 28 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Three J. Farms, Inc. (Plaintiff in C-14) -- w/cert. of service (cds) |
| 9/1/78 | | Certificate of Service -- Robert L. Stoddard (Pltf. C-14) attached to pleading No. 28    (ltd. dtd. Aug 29, 1978) |
| 9/6/78 | | Certificate of Service -- I. Walton Bader (Pltfs. Counsel (C-14) attached to pleading No. 28 |
| 9/7/78 | | C-15 Sunmark, Inc. v. Alton Box Board Co., et al., N.D. Ill., C.A. No. 78-C-3164 |
| | | CTO FINAL TODAY. Notified involved clerks and judges.(ea) |
| 9/8/78 | | ORDER -- Stating time for filing responses on (C-14) Three J. Farms will start on September 6, 1978 |
| | | Notification letter mailed to counsel    (rew) |
| 9/18/78 | | C-16 Dean Foods, et al. v. Alton Box Board, et al., N.D.Ill. C.A. No. 78C-3531 |
| | | CTO FILED TODAY. Notified Counsel and Judges  (emh) |
| ~~9/26/78~~ | ~~29~~ | ~~RESPONSE w/Exhibits A and B -- All Defendants in Three J Farms -- w/cert. of service (cds)~~ |
| 9/26/78 | 29 | RESPONSE w/Exhibits A & B -- All Defendants in Three J Farms -- w/cert. of service (cds) |
| 10/4/78 | | C-16 Dean Foods, et al. v. Alton Box Board Co., et al., N.D.Ill.,C.A. No. 78C-3531 |
| | | CTO FINAL TODAY. Notified Clerks and Judges. (emh) |
| 10/6/78 | | HEARING ORDER -- Setting C-14 Three J Farms, Inc., et al. v. Alton Box Board Co., et al.,D.S.C., C.A.NO. 78-1257 |
| | | for hearing to be held in Jacksonville, Florida on 11/1/78 |
| | | (emh) |

JPML FORM 1A                                              p. _7_

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _310_ -- <u>IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION</u>

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 10/27/78 | | ORDER VACATING HEARING of (C-14) Three J Farms, Inc., et al v. Alton Box Bd. Co., et al., D. S.C., #78-1257 -- Notified involved counsel and clerks (cds) |
| 10/27/78 | | REQUEST FOR POSTPONMENT OF HEARING w/order by Judge Chapman -- Plaintiffs and Defendants in (C-14)   (cds) |
| 11/9/78 | | HEARING ORDER -- C-14 Three J. Farms, Inc., et al. v. Alton Box Board Co., et al., D.S.C., 78-1257 -- Set for December 8, 1978, New York, New York |
| 12/7/78 | | LETTER -- Signed Stoddard and Bader stating C-14 is on a recent appeal   (rew) |
| 12/7/78 | | ORDER -- VACATING HEARING Scheduled for 12/8/78 (C-14) Three J. Farms   (rew) |
| 3/28/79 | | (C-17) Rollins Container, Inc. v. Alton Box Board Co.,etal. D.Minn., C.A.No. Civ-4-79-80 CONDITIONAL TRANSFER ORDER filed today. Notified involved counsel and judges. (ea) |
| 4/13/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-18 Rollins Container, Inc. v. Alton Box Board Co., et al., D.Minn., C.A. No. Civ-4-79-80 NOTIFIED CLERKS AND JUDGES.   (cds) |
| 4/16/79 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-18 Metro Molding Corp. v. Alton Box Board Co., et al. N.D.Ill., C.A. No. 79C1177 C-19 The Pillsbury Co., et al. v. Alton Box Board Co., et al., N.D.Ill., C.A.No. 79C1156 NOTIFIED INVOLVED COUNSEL AND JUDGES.   (emh) |
| 5/2/79 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY--(C-18  ##### Metro Molding Corp. and C-19 The Pillsbury Co., et al. -- Notified involved clerks and judges. (ea) |
| 5/31/79 | | CONDTIONAL TRANFER ORDERS FILED TODAY -- C-20 Esprit De Corp. v. Alton Box Board Co., et al., N.D. Calif., C.A. No. 79-1053-WHO C-21 Alton Box Board Co., et al. v. Esprit De Corp, N.D. Calif., C.A. No. C79-1052-LHB -- NOTIFIED INVOLVED JUDGES AND COUNSEL  (cds) |
| 6/5/79 | | CONDITIONAL TRANSFER ORDER filed today--C-22 The Mead Corp. v. Alton Box Board Co., et al.,D.Minn.,C.A.No.4-79-245. Notified involved counsel and judges. (ea) |
| 6/12/79 | | APPEARANCE -- Francis O. Scarpulla for Esprit De Corp. and Alton Box Board, et al.   (emh) |

Case MDL No. 310   Document 1   Filed 05/04/15   Page 8 of 45

JPML FORM 1A - Continuation

DOCKET NO. 310 --

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 6/12/79 | 30 | NOTICE OF OPPOSITION -- (C-20) Esprit De Corp. v. Alton Box Board, N.D.Cal., C.A. No. 79-1053-WHO -- Plaintiff Esprit de Corp. w/cert. of svc.  (emh) |
| 6/12/79 | 31 | NOTICE OF OPPOSITION -- (C-21) Alton Box Board v. Esprit De Corp., N.D.Cal., C.A. No. 79-1052-LHB -- Defendant Esprit de Corp. w/cert. of svc.  (emh) |
| 6/21/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-22 The Mead Corp. v. Alton Box Board Co., et al., D. Minn., C.A. No. Civ-4-79-245 NOTIFIED CLERKS AND JUDGES    (emh) |
| 6/21/79 | 32 | MOTION/MEMORANDUM TO VACATE CTO -- Esprit de Corp. -- w/Appendix A and Exhibit 1 thru 5 and cert. of svc. (emh) |
| 7/6/79 | 33 | RESPONSE/MEMORANDUM -- Alton Box Board Co., et al. -- w/Exhibits A, B & C, and w/cert. of svc.   (emh) |
| 7/25/79 | 34 | REPLY MEMORANDUM TO MOT. TO VACATE CTO W/CERT. OF SVC.--C-20 Esprit De Corp. v. Alton Box Board,N.D.CAL,C.A.No.79-1053-WHO; C-21 Alton Box Board Corp.,etal. v. Esprit De Corp,N.D Cal.,C.A.No. 79-1052-LHB -- filed by Esprit De Corp. (ea) |
| 7/30/79 | 35 | SUPPLEMENTAL BRIEF IN OPP. TO CTOS -- C-20 Esprit De Corp. v. Alton Box Board, N.D.Cal.,C.A.No.79-1053-WHO and C-21 Alton Box Board v. Esprit De Corp.,N.D.Cal.,C.A.No.79-1052-LHB -- Esprit de Corp. w/cert. of svc. (ea) |
| 8/10/79 | | HEARING ORDER -- Set for hearing are the Oppositions to CTO's in C-20 and C-21.  Hearing to be held on Sept. 18, 1979 in the Northern District of Illinois (cds) |
| 9/13/79 | 36 | LETTER -- Pltfs. Certified Class in MDL-310 -- w/scv. (emh) |
| 9/13/79 | | HEARING APPEARANCES:  FRANCIS SCARPULLA, ESQ. FOR Esprit de Corp.;  R. CLIFFORD POTTER, ESQ. FOR Alton Box Board Co. et al.  (cds) |
| 9/13/79 | | WAIVERS OF ORAL ARGUMENT:  Diamond Int'l Corp.;  ROBERT MALINAK, ESQ. FOR Stone Container Corp.;  Consolidated Packaging Corp.;  Pltfs. Certified Class (cds) |
| 9/14/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-23 Coronet Cont. v. International Paper Co., et al., N.D.Ill, 79C3392 -- Notified counsel and involved judges    (rew0 |
| 9/14/79 | | |
| 9/20/79 | 37 | SUPPLEMENTAL MEMORANDUM -- (C-20) -- Boise Cascade Corp. and defendants in C-20 -- w/cert. of svc.  (emh) |

DOCKET NO. 310 -- IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 9/27/79 | 38 | NOTICE OF OPPOSITION -- D-23 Coronet Container Corp. v. International Paper Co., et al., N.D. Ill., C.A.No. 78 C 3392 -- Pltf. Coronet Container Corp., w/cert. of service   (emh) |
| 10/3/79 | 39 | SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOT. TO VACATE CTO -- Esprit de Corp. w/cert. of svc. (ea) |
| 10/15/79 | 40 | MOTION TO VACATE, IN PART, CTO -- D-23 Coronet Container Corp v. Int'l Paper Co., et al., N.D.Ill., C.A.No.79C3392 -- Pltf. Coronet Container -- w/cert. of svc. (ea) |
| 79/10/29 | 41 | RESPONSE TO MOTION TO VACATE CTO W/CERT. OF SVC. -- Deft. Southwest Forest Industries, Inc. (ea) |
| 79/10/30 | 42 | RESPONSE TO MOTION TO VACATE CTO W/CERT. OF SVC.--Deft. Int Paper Co. (ea) |
| 79/10/31 | 43 | RESPONSE TO MOT. TO VACATE CTO W/CERT. OF SVC. -- Deft. Hoerner Waldorf Corp. and Champion Int'l Corp. (ea) |
| 79/11/02 | | HEARING ORDER -- Setting D-23 for November 28, 1979 hearing in the S.D. California  (cds) |
| 79/11/05 | 44 | REPLY TO MOTION TO VACATE CTO (D-23) -- Plaintiff Coronet Container Corp. -- w/cert. of serv. (cs) |
| 79/11/05 | 45 | RESPONSE TO MOTION TO VACATE -- Defendant Consolidated Packaging Corp. -- w/cert. of serv. (cds) |
| 79/11/21 | | ORDER TO SHOW CAUSE -- D-24 Kraft, Inc., etal. v. Alton Box Board Co., etal., N.D.Ill.,C.A.No.79C4297; D-25 Armour and Co., etal. v. Boise Cascade Copr., etal.,N.D.Ill., C.A.No. 79C4517; D-26 Dubuque Packing Co. v. Container Corp. of America, etal., N.D.Ill.,C.A.No.79C4518 -- Notified involved parties. (ea) |
| 79/11/27 | | HEARING APPEARANCES:  MERRICK WALTON, ESQ. for Southwest Forest Industries, Inc.;  HENREY L. KING, ESQ. for International Paper Co.;  GEORGE McANDREWS, ESQ. for Coronet Container Corp.  (cds) |
| 79/11/27 | | WAIVERS OF ORAL ARGUMENT:  Fibre Box Association;  Champion International Corp. and Hoerner Waldorf Corp.;  Plaintiffs Steering Committee  (cds) |
| 79/11/30 | 46 | REQUEST FOR EXTENSION OF TIME -- Kraft, Armour, Dubuque, et al. -- GRANTED TO AND INCLUDING 12/10/79  (cds) |
| 79/12/10 | 47 | RESPONSE (D-24, 25, 26) -- Kraft, Inc., Armour and Co., Armour-Dial and Dubuque Packing Co. -- w/cert. of svc. (emh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. *310*-- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 79/12/14 | | AMENDMENT TO ORDER TO SHOW CAUSE -- adding D-27 Anchor Hocking, et al. v. Alton Box Board Co. et al., N.D.Ill., C.A.No. 79C4906 (emh) |
| 79/12/14 | | TRANSFER ORDER -- transferring D-23 Coronet Container Corp. v. Inter'l Paper Co., et al., N.D.Ill., C.A.No. 79C3392, to S.D. of Texas for coordinated or consolidated pretrial proceedings (emh) |
| 79/12/17 | 48 | REPLY -- (Pleading No. 47) Majority of Defendants in S.D. Texas -- w/cert. of service (emh) |
| 79/12/26 | 49 | RESPONSE TO SCO -- Pltfs. Anchor Hocking, et al. -- w/cert. of service (emh) |
| 79/12/27 | | HEARING ORDER -- Setting D-24 through D-27 for hearing regarding Order to Show Cause, in Houston, Texas on January 31, 1980 (cds) |
| 80/1/2 | 50 | MOTION TO REMAND C-16 Dean Foods, et al. v. Alton Box, et al., S.D. Texas, C.A. No. H-79-2004 and C-19 Pillsbury Co., et al v. Alton Box, et al., S.D.Texas, C.A. No. H-79-1044 TO THE NORTHERN DISTRICT OF ILLINOIS -- Dean Foods Co. and Pillsbury Co. -- w/cert. of srv.(cs |
| 80/1/3 | 51 | MOTION TO EXPEDITE HEARING ON MOT. TO REMAND AND CONSOLIDATE W/CERT. OF SVC. -- The Pillsbury Co. and Dean Foods Co. -- C-16 Dean Foods and C-19 Pillsbury Co. (ea) |
| 80/1/7 | 52 | REPLY TO SCO -- D-27 Anchor Hocking, et al. v. Alton Box Board Co., etal.,N.D.Ill.,C.A.No.79C4906 -- majority of defts. in S.D. Texas -- w/cert. of svc. (ea) |
| 80/01/17 | 53 | RESPONSE TO MOT. TO REMAND C-16 -- United Farmers Cooperative,Inc., et al. w/cert. of svc. (ea) |
| 80/01/17 | | AMENDMENT TO HEARING ORDER to add C-16 Dean Foods, et al. and C-19 The Pillsbury Co., et al. (ea) |
| 80/01/17 | 54 | RESPONSE TO MOT. TO REMAND, CERT. OF SVC. -- Non-settling defendants. (ea) |
| 80/01/17 | 55 | MEMORANDUM IN RESPONSE TO MOT. TO REMAND, CERT. OF SVC. -- Certain Defendants. (ea) |
| 80/01/23 | 56 | MOTION TO SEVER ALL OPT-OUT CASES ~~#~~ FROM THE CLASS CASE AND CONSOLIDATE ALL OPT-OUT CASES -- ITT CONTINENTAL BAKING~~,~~- w/BRIEF, CERT. OF SVC. (XYZ-17 and ~~####~~ C-18) (ea) |

JUDL FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET No. 310 -- IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION

| DATE | NO. | Pleading Description |
|---|---|---|
| 80/01/24 | | HEARING APPEARANCES -- Jerrold E. Salzman for Kraft, Inc., Armour and Co., Dubuque Packing Co. & Anchor Hocking; W. Donald McSweeney for Boise Cascade, et al. (Majority of defendants in S.D.Texas); David E. Bennett for Container Corp. of America; James F. Kirkham for Alton Box Board Co., Crown-Zellerbach Corp., Fibreboard, Georgia-Pacific Corp., The Mead Corp., Packaging Corp. of America, Potlatch Corp. and Westvaco Corp.; John H. Morrison for Weyerhaeuser Co.XXXXXXXXXXXXXXXXXXXXX |
| | | WAIVERS OF ORAL ARGUMENT:  St. Joe Paper Co.; Fibre Box Association; Green Bay Packaging, Inc.    (emh) |
| 80/01/28 | 57 | AMENDED RESPONSE, CERT. OF SVC. -- United Farmers Cooperative, Inc., et al.    (ea) |
| 80/01/28 | 58 | REPLY BRIEF, CERT. OF SVC. -- The Pillsbury Co. and Dean Foods Co.    (ea) |
| 80/01/28 | 59 | JOINDER IN MOTION, CERT. OF SVC. C-15 Sunmark, Inc. and Metro (C-18) Molding Corp. to N.Ill.(ea) |
| 80/01/28 | 60 | RESPONSE, CERT. OF SVC. -- Non-settling defts.  (ea) |
| 80/01/29 | 61 | MOTION TO EMEND RESPONSE TO SCO, W/CERT. OF SVC. -- Kraft, Armour, Armour-Dial and Dubuque Packing.    (ea) |
| 80/01/29 | | HEARING APPEARANCE -- Bill Marquis for United Farmers Cooperative, Inc., Bookout and Mitchell Supply Co., Griffin and Brand Sales Agency, Inc., Gateway Farms, Inc., Valley Farms, Inc., Griffin and Brand of McAllen, Inc. and International Frozen Food, Inc.      (emh) |
| 80/01/30 | 62 | LETTERS -- Re Hearing for 1/31/80    (rew) |
| 80/02/01 | 63 | RESPONSE -- Plaintiffs Northwest Wholesale Inc., et al. -- w/cert. of serv. (cds) |
| 80/02/07 | | APPEARANCE:  David T. Hedges, Jr., Esq. for INLAND CONT. Corp. (cs) |
| 80/02/11 | | ORDER -- Transferring D-25, D-26 and D-27 to the Southern District of Texas (D-25 Armour & Co. v. Boise Cascade, N.D. Ill., No. 79C4517; D-26 Dubuque Packing Co. v. Container Corp., N.D. Ill., No. 79C4518; D-27 Anchor Hocking v. Alton Box Board, N.D. Ill., No. 79C4906) and DENYING REMAND of C-16 Dean Foods v. Alton Box Board Co., S.D. Texas, No. CA-H-78-2004 (N.D.Ill. 78C-3531); and C-19 Pillsbury Co. v. Alton Box Board, S.D. Texas, No. H-79-1044 (N.D.Ill., 79C1156)  (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 310 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 80/02/11 | | SUGGESTION FOR REMAND -- C-5 Franklin Container Corp.,etal. v. Int'l Paper Co.,etal.,S.D.Tex.,C.A.No.H-78-671(E.D.Pa. 77-3204) -- Honorable John V. Singleton, Jr. dated Jan. 16, 1980.          (ea) |
| 80/02/11 | | ORDER TO SHOW CAUSE REGARDING REMAND -- C-5 Franklin Container Corp., etal. v. Int'l Paper Co.,etal.,S.D.Tex., C.A.No. H-78-671(E.D.Pa.,77-3204) -- Notified all counsel.          (ea) |
| 80/02/11 | | HEARING ORDER -- Setting motions regarding opt-out cases in (C-8) ITT Continental Baking Co., et al. v. Alton, et al., S.D. Tex., H-78-376;  (XYZ-17) Cantrell and Cochrane, Inc. v. Alton, et al., S.D. Tex., H-79-87; Metro Molding Corp. v. Alton, et al., S.D. Tex., H-79-1086; and Sunmark, Inc. v. Alton, et al., S.D. Tex., H-78-1815 -- For Hearing in Washington, D.C. on Feb. 28, 1980   (cds) |
| 80/02/15 | | CONDITIONAL TRANSFER ORDERS FILED TODAY D-28 through D-37<br> D-28 Green Gian Co. v. Alton, et al., N.D. Ill, 80C18<br> D-29 United States Gypsum v. Alton, et al., N.D.Ill, 79C5220<br> D-30 Northwest Wholesale v. Alton, et al., N.D.Ill, 80C54<br> D-31 Wenoka Supply Co., v. Alton, N.D.Ill, 80C57<br> D-32 Riceland Foods, Inc. v. Alton, N.D.Ill, 80C56<br> D-33 Dutch Boy v. Alton, et al., N.D.Ill, 80C58<br> D-34 A. Duda & Sons v. Alton, N.D.Ill, 80C59<br> D-35 Wilson Foods Corp v. Alton, N.D. Ill, 80C354<br> D-36 Am. Lutheran Church v. Alton, et al., Minn.,4-79-636<br> D-37 McGraw Edison v. Alton, N.D. Ill, 80C55<br>     Notified involved counsel and involved judges   (rew) |
| 80/02/15 | 64 | MOTION FOR RECONSIDERATION -- Plaintiffs Kraft, Armour & Co., Dubuque Packing Co., and Anchcor Hocking -- w/cert. of service (cds) |
| 80/02/15 | 65 | SECOND SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO VACATE CTO -- Esprit de Corp. -- w/Exhibits and cert. of service  (cds) |
| 80/02/22 | | ORDER DEEMING MOTION WITHDRAWN AND VACATING HEARING -- Re:  C-8 ITT Continental Baking Co. v. Alton Box Board Co., S.D. Texas, No. H-78-376 (C.D. Calif., No. 77-4678) XYZ-17 Cantrell and Cochrane, Inc. v. Alton Box Board Co. S.D. Texas, No. 79-87 -- vacating hearing order filed February 11, 1980 for hearing in Wash., D.C. on 2/28/80          (emh) |
| 80/02/26 | 66 | MEMORANDUM IN OPP. TO REMAND, W/CERT OF SVC. -- Certain Defendants. XXXXXX Container Corp. of America, Crown Zellerbach Corp., Intl. Paper Co., MacMillan Bloedel, Ltd., The Mead Corp., Packaging Corp. of America, Union Camp Corp. Westvaco Corp. and Weyerhaeuser Co.          (rew) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 310

| Date | No. | Pleading Description |
|---|---|---|
| 80/02/28 | 67 | Letter -- Requesting Permission to Withdraw Motion for Remand of Opt-Out Plaintiffs -- Cantrell & Cochrane and ITT Continental Baking Co. Ltr. dtd 2/15/80 sgd. by Norman Pine.                (rew) |
| 80/02/28 | 68 | Letter -- re 12/28/80 Hearing from Owens-Illinois, Inc. signed by John Roady, Esq. dtd 2/22/80  (rew) |

XXXXXXXXXXXXXXXXXXXXXXXXXXRESPONSEXXXXFRANKLINXXSCOXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXCorp.XXXWXXcertXXXofXservXXeXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

| Date | No. | Pleading Description |
|---|---|---|
| 80/02/28 | 69 | SUPPLEMENTAL MEMO RE ESPRIT DE CORP -- Weyerhaeuser Corp. w/cert of service |
| 80/02/28 | 70 | RESPONSE TO FRANKLIN SCO RE REMAND -- Class Plaintiffs w/cert of service (rew) |
| 80/02/28 | 71 | RESPONSE TO FRANKLIN SCO -- Plaintiff Franklin Container Corp. w/cert. of service |
| 80/02/29 | 72 | RESPONSE, CERT. OF SVC. -- Defts. Alton Box Board Co., Boise Cascade Corp., Champion Int'l, Inc., Consolidated Packaging, Corp., Crown Zellerbach Corp., Diamond Int'l Corp., Hoerner Waldorf Corp., Inland Container Corp., Int'l Paper Co., MacMillan Bloedel Containers, Inc., The Mead Corp., Menasha Corp., Owen-Illinois, Inc., Potlatch Corp., St. Joe Regis Paper Co., Southwest Forest Industries, Inc., Union Camp Corp., Weyerhaeuser Co., Willamette Industries, Container Corp. of America, Green Bay Packaging, Inc. and Fibre Box Corp.   (ea) |
| 80/02/29 | 73 | NOTICE OF OPPOSITION, CERT. OF SVC. -- Wilson Foods Corp. -- D-35 Wilson Foods Corp., et al. v. Alton Box Board Co., et al., N.D.Ill.,C.A.No. 80-C-384.  (ea) |
| 80/03/04 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-28 Green Giant v. Alton Box Board, N.D.Ill., 80Cl8 D-29 United States Sypsum v. Alton Box Board, N.D. Ill., 79C5220 D-30 Northwest Wholesale v. Alton Box Board, N.D.Ill., 80C54 D-31 Wenoka Supply Co. v. Alton Box Board, N.D.Ill., 80C57 D-32 Riceland Foods v. Alton Box Board, N.D.Ill., 80C56 D-33 Dutch Boy, Inc. v. Alton Box Board, N.D.Ill., 80C58 D-34 A. Duda & Sons v. Alton Box Board, N.D.Ill., 80C59 D-36 Americ. Lutheran Church v. Alton Box Board, D. Minn., 4-79-636 D-37 McGraw-Edison v. Alton Box Board, N.D.Ill., 80C55 NOTIFIED JUDGES AND CLERKS   (emh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **310** --  _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 80/03/06 | 74 | REPLY -- Franklin Container Corp. and Tim-Bar Paper Co. -- w/cert. of service |
| 80/03/06 | 75 | REPLY -- Certain Defendants -- w/cert. of serv.  (cds) |
| 80/03/07 | | HEARING ORDER -- Setting SCO regarding remand of (C-5) Franklin Container Corp., et al. v. International Paper Co., et al., S.D.Texas, C.A. No. H-78-671 (E.D.Pa., 77-3204) AND SCO regarding transfer of (D-24) Kraft, Inc., et al. v. Alton Box Board Co., et al., N.D. Ill. C.A. No. 79C4297 for Panel hearing in Washington, D.C. on March 27, 1980  (cds) |
| 80/03/14 | 76 | MOTION TO VACATE CTO -- D-35 Wilson Foods v. Alton Box Board, N.D.Ill., C.A.No. 80-C-384 -- Pltf. Wilson Foods Corp., et al. -- w/Exhibit and cert. of svc.  (emh) |
| 80/03/19 | | AMENDMENT TO HEARING ORDER for hearing held on 3/27/80 -- D-35 Wilson Foods Corp.,etal.v.Alton Box Board Co.,etal., N.D.Ill.,C.A.No. 80C384 for inclusion on hearing order. Notified involved counsel.          (ea) |
| 80/03/21 | 77 | LETTER -- Deft. Alton Box Board Co., et al. -- w/orders filed in N.D. California, (Court of Appeals) -- (emh) |
| 80/03/25 | 78 | RESPONSE (To Pleading No. 76) -- Certain Defendants -- w/cert. of service  (cds) |
| 80/03/26 | | ORDER VACATING CTO -- C-14 Three J. Farms, Inc., etal. v. Alton Box Board Co., etal., D.S.C., C.A.No. 78-1257 -- Notified involved counsel, clerks and judges. (ea) |
| 80/03/26 | | HEARING APPEARANCES:  Jerrold E. Salzman for Kraft, Inc., Wilson Foods Corp.;  David E. Bennett for Boise Cascade Corp., Champion International Corp., Chesapeake Corp. of Virginia, Container Corp of America, Diamond International, Hoerner Waldorf Corp., Inland Container Corp., International Paper Corp., Interstate Containers, Longview Fibre Corp., MacMillan Bloedel, Inc., Menasha Corp., Olinkraft, Inc., Owens-Illinois, Inc., Packaging Corp. of America, St. Joe Paper Co., Stone Container Corp., The Continental Group, Union Camp Corp., U.S. Corrugated Fibre Box, Weyerhaeuser Co., Willamette Industries, Inc., St Regis Paper Co.; Edwin P. Rome for Franklin Container Corp.;  David E. Bennett for Container Corp. of America       (emh) |
| 80/03/26 | | WAIVERS OF ORAL ARGUMENT  -- Westvaco Corp; Fibre Box Assoc.; Plaintiffs' Steering Committee; Weyerhaeuser Co.; Green Bay Packaging Inc.; Consolidated Packaging Corp.    (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 310 -- IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 80/04/01 | | ORDER DEFERRING DECISION in C-20 - Esprit de Corp and C-21 Alton Box Board, et al. -- Notified involved counsel, judge and clerk  (cds) |
| 80/04/08 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-38 Int'l Can Co v. Alton Box Board Co., etal., N.D.Ill., C.A.No. 80C1239. Notified involved counsel and judges. (ea) |
| 80/04/11 | | REMAND ORDER -- (C-5) Franklin Container Corp., et al. v. International Paper Co., et al., S.D.Tex., H-78-671 (E.D.Pa., 77-3204) -- Notified involved judges, clerks and counsel  (cds) |
| 80/04/23 | | ORDER -- Denying reconsideration in D-25 Armour, D-26 Dubuque and D-27 Anchor; Transferring D-24 Kraft and D-35 Wilson; and Denying motion for remand of C-15 Sunmark and C-18 Metro -- Notified involved counsel, clerks and judges  (cds) |
| 80/04/24 | | CONDITIONAL TRANSFER ORDER FINAL TODAY--D-38 Int'l Can Co., v. Alton Box Board Co., et al., N.D. Ill. C.A. No. 80C1239. Notified involved clerks and judges. (ds) |
| 81/08/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-39 Wilson Foods Corp., et al. v. Inland Container Corp., et al., N.D. Illinois, C.A. No. 80-C-6632.  Notified involved counsel and judges. (ds) |
| 81/09/09 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-39 Wilson Foods Corp., et al. v. Inland Container Corp., et al., N.D. Illinois, C.A. No. 80-C-6632.  Notified involved judges and clerks.                                              (ds) |
| 81/12/04 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- C-20 Esprit De Corp. v. Alton Box Board Co., et al., N.D. California, C.A. No. C79-1053; C-21 Alton Box Board Co., et al. v. Esprit De Corp., N.D. California, C.A. No. C79-1052. Notified involved clerk, judges and counsel.  (ds) |

DOCKET NO. __310__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:    IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) Sept. 30, 1977  2/24/78 _____ _____ ____ ____

Consolidation Ordered  11/29/77 _____    Consolidation Denied _____

Opinion and/or Order    11/29/77       3/22/78 _____ _____

Citation    441      447 F. Supp. 468 _____ _____

Transferee District S.D. Texas _____    Transferee Judge  John V. Singleton, Jr. ____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Adams Extract Co. v. Alton Box Board, et al. | S.D.Tex Singleton | 77-H-461 | | | | |
| A-2 | Pepsi-Cola Bottling Co. of Washington, D.C., Inc., et al. v. Weyerhaeuser Co., et al. | S.D.Tex Sterling | 77-H-584 | | | 3/8/82 RD | |
| A-3 | Williams Manufacturing Co and Seneca Industries, Inc. v. Alton Box Board et al. | S.D.Tex Seals | 77-H-789 | | | | |
| A-4 | West Publishing Co. v. Alton Box Board, et al | S.D.Tex Seals | 77-H-791 | | | | |
| A-5 | Valley Plastics, Inc. v. Alton Box Board, et al. | S.D.Tex Seals | 77-H-792 | | | | |
| A-6 | Levee Furniture Co. v. Alton Box Board, et al | S.D.Tex Seals | 77-H-793 | | | | |
| A-7 | Buranne of Calif., Inc. d/b/a Embassy Giftwares v. Alton Box Board, et al. | S.D.Tex Seals | 77-H-724 | | | | |
| A-8 | Austin Products Co. v. Alton Box Board, et al. | S.D.Tex Seals | 77-H-782 | | | | |
| A-9 | Arcadia Furniture Corp. v. Alton Box Board Co., et al. | S.D.Tex Seals | 77-H-790 | | | | |
| A-10 | Douglas Furniture Corp. v. Container Corp. of America, et al. | N.D.ILL Decker | 77-C-799 | 11/29/77 | CA-H-78-54 | | |

all cases closed as of 3/31/83

DOCKET NO. 310   -- IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION                         -- P. 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Wittek Golf Supply Co., Inc. v. Alton Box Board, et al. | N.D.Ill Decker | 77-C-976 | 11/29/77 | CA-H-78-55 | | |
| A-12 | Amberley Greeting Card Co., et al. v. Alton Box Board, et al. | N.D.Ill Decker | 77-C-1106 | 11/29/77 | CA-H-78-56 | 1/ /78 | |
| A-13 | Westbrae Natural Foods, Inc. v. Alton Box Board, et al. | N.D.Ill Decker | 77-C-1107 | 11/29/77 | CA-H-78-57 | | |
| A-14 | Coordinated Industries, Inc. v. Alton Box Board, et al. | N.D.Ill Decker | 77-C-1108 | 11/29/77 | CA-H-78-58 | | |
| A-15 | Furniture Plastics, Inc. v. Alton Box Board, et al. | N.D.Ill Decker | 77-C-1149 | 11/29/77 | CA-H-78-59 | | |
| A-16 | Carron Manufacturing Co. v. Williamette Inc., et al. | N.D.ILL Decker | 77-C-1063 | 11/29/77 | CA-H-78-60 | | |
| A-17 | Carnivale Bag Co., Inc. v. Alton Box Board, et al. | N.D.Ill Decker | 77-C-1198 | 11/29/77 | CA-H-78-61 | 6/19/78 | |
| A-18 | Durawood Industries, Inc. v. Alton Box Board Co., et al. | N.D.Ill Decker | 77-C-1521 | 11/29/77 | CA-H-78-62 | 6/19/78 | |
| A-19 | Sambo's Restaurants, Inc. v. Alton Box Board Co., et al. | N.D.Ill Decker | 77-C-1611 | 11/29/77 | CA-H-78-63 | | |
| A-20 | Red Wing Industries, Inc. v. Alton Box Board Co., et al. | S.D.Tex Seals | 77-H-804 | | | | |
| A-21 | Winona Industries, Inc. v. Alton Box Board, et al. | S.D.Tex Seals | 77-H-818 | | | | |
| A-22 | Pepco Industries, Inc. v. Alton Box Board, et al. | S.D.Tex O'Connor | 77-H-813 | | | 6/19/78 | |
| A-23 | After Six,Inc., Bert Paley, Ltd, and Commonwealth Toy & Novelty Co., Inc. v. Alton Board, et al. | S.D.Tex Bure | 77-H-805 | | | | |

DOCKET NO. 310 -- IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION -- P. 3

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-1 | Grist Mill Co. v. Alton Box Board Co., et al. | S.D.Tex Singleton | 77-H-849 | | | | Amend Motion 7/21/77 |
| B-2Va | Valley Avocado Sales, Inc. v. Alton Box Board Co., et al. | S.D.Tex Singleton | 77-H-869 | | | | |
| B-3 | Universal Cooperatives, Inc. v. Alton Box Board Co., et al. | S.D.Tex Singleton | 77-H-885 | | | | |
| B-4 | Shell-Tex Fisheries, Ltd. v. Alton Box Board Co., et al. | S.D.TEx Singleton | 77-H-876 | | | | |
| B-5 | Bodines, Inc. v. Alton Box Board Co., et al. | N.D.Ill Decker | 77C1965 | 11/29/77 | CA-H-78-64 | | |
| B-6 | Snyder-Craft, Co., Inc. v. Alton Box Board Co., et al. | N.D.Ill Decker | 77C1905 | 11/29/77 | CA-H-78-65 | | |
| B-7 | United Farmers Cooperative, Inc., et al. v. International Paper Co., et al. | N.D.TEx Woodward | CA-2-77-73 | 11/29/77 | | | |
| B-8 | Covington Fabrics Corp. v. Alton Box Board Co., et al. | S.D.N.Y. Lasker | 77 Civ 2881 | 11/29/77 | | | |
| B-9 | The Beaumont Co. v. Alton Box Board Co., et al. | S.D.N.Y. Ward | 77 Civ 2926 | 11/29/77 | | | |
| B-10 | Andre-Boudin Bakeries, Inc., v. Alton Box Board Co., et al. | N.D.CA Sweigert | C77-1283-WTS | 11/29/77 | | | |
| B-11 | Artcraft Press, Inc. v. Alton Box Board Co., et al. | D. Minn Larson | 4-77 Civ 195 | 11/29/77 | H77-2149 | 5/16/79 | |
| B-12 | Westside Paper Co. v. Alton Box Board Co., et al. | C.D.Cal Byrne | CV77-2523-WMB | 11/29/77 | H 78-48 | | |
| B-13 | Veneer Distributors, Inc. v. Alton Box Board Co., et al. | N.D.Ill Decker | 77C2435 | 11/29/77 | CA-H-78-66 | | |
| B-14 | Salsburg Meats, Inc. v. Alton Box Board Co., et al. | N.D.Ill Decker | 77C2433 | 11/29/77 | CA-H-78-67 | | |

DOCKET NO. 310 -- IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION                                    -- P. 4

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-1 | The Haeger Potteries, Inc. et al. v. Alton Box Board Co., et al. | S.D.Tex | H-77-1457 | N.T.(see action 9/9/77 extry) | below H.02 count as XYZ | | |
| C-2 | Erie Seating Co., et al. v. Alton Box Board Co., et al. | N.D.Ill Decker | 77C 3596 | 12/27/77 | CA-H-78-68 | | |
| C-3 | Northland Aluminum Products, Inc., et al. v. Alton Box Board Co., et al. | D. Minn. MacLaughlin | 4-77-315 | 12/27/77 | H-78-141 | | |
| C-4 | Land O'Lakes, Inc., et al. v. Alton Box Board  Co., et al. | D. Minn LORD | 4-77-403 | 12/27/77 | H-78-190 H-78-671 | 5/10/8 Remanded | |
| —C-5 | Franklin Container Corp., et al. v. International Paper Co., et al. | E.D. Pa. Cahn | 77-3204 | 3/22/78 | ⟶ | | |
| C-6 | Town House Furniture Ltd., et al. v. Willamette Industries, et al. | N.D. Ill 77 Decker | 77C 2826 | 12/8/77 | CA-H-78-69 | | |
| C-7 | Tierra Royal Potteries, Inc. v. Alton Box Board Co., et al. | Kansas O'Connor | 77-2243 | 12/27/77 | H-77-2168 | | |
| XYZ-1 | Denver Meat Co., et al. v. Alton Box Board Co., et al. | S.D.Tex | H-77-1934 | | | | |
| XYZ-2 | Steve Matson Products, Inc., et al. v. Alton Box Board Co., et al. | S.D.Tex | H-77-1991 | ⟶ | | 6/1/8 | |
| C-8 | ITT Continental Baking Company, et al. v. Alton Box Board Company, et al. 1/24/78 | C.D.Ca. Ferguson | 77-4678 | 2/8/78 | H-78-376 | | |
| XYZ-3 | United Foods, Inc., et al. v. Alton Box Board Co., et al. | S.D.TEX | H-78-4 | | | | |
| XYZ-4 | United States of America v. Internat'l Paper Co., et al. | S.D.TEX. | H-78-11 | related Government Actions not included | | | |
| XYZ-5 | United States of America v. Boise Cascade Corp., et al. | S.D.TEX. | H-78-12 | related Government Action not included | | | |

DOCKET NO. 310 -- IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION _____ -- P. 5

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-9 | Accurate Metal Weatherstrip Co., Inc. v. Alton Box Board Co., et al. | S.D.N.Y. Stewart | 78CIV415 | 4/17/78 | CA-H 78-969 | | |
| C-10 | ~~Scranton Royal Crown Bottling Co.,~~ ~~et al.~~ v. Alton Box Board Co., et al. *alias Container Corp* MAR 30 1978 | E.D.PA Cahn | 78-375 | 4/17/78 | CA H 78 916 | | |
| C-11 | Draper-King Cole, Inc., et al. v. Alton Box Board Company, et al. 5/11/78 | E.D.PA. CAHN | 78-1330 | 5/30/78 | CA H-78 1326 | | |
| C-12 | Iowa Beef Processors, Inc. v. Alton Box Board Company, et al. 6/1/78 | N.D.IL. Decker | 78C-1843 | 6/16/78 | CA H-78-1263 | | |
| | *July 1978 — 3d TC — 23 XYZ — 54 C/J* | | | | | | |
| C-13 | Ilikon Corporation v. Alton Box Board Co., et al. 7/7/78 | N.D.IL Decker | 78-C-2591 | 7/25/78 | 78-1520 | | |
| XYZ-6 | Cook Produce, Inc., et al. v. Alton Box Board Co., et al. | S.D.Tex | 78-1387 | | | | |
| XYZ-7 | Great Northern Pkg. Corp., et al. v. Alton Box Board Co., et al. | S.D.Tex | 78-2452 | | | | |
| C-14 | Three J. Farms, Inc., et al. v. Alton Box Board Co., et al. 8/11/78 *Oppos 8/10/78* | D. S.C. Chapman | 78-1257 | | | | 3/26/80 mc Denied |
| C-15 | Sunmark, Inc. v. Alton Box Board Company, et al. 8/2/78 | N.D.IL. Decker | 78-C-3164 | 9/7/78 | CA-H 78-1815 | | |

DOCKET NO. **310** -- _____ -- P. **6**

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-16 | Dean Foods, et al. v. Alton Box Board Co., et al. 9/12/78 | N.D.ILL. Leighton | 78C-3531 | 10/4/78 | CA-H-78-2004 | | |
| XYZ-17 | Cantrell and Cochrane, Inc. v. Alton Box Board Co. | S.D.Tex Singleton | 79-87 | | | | |
| C-17 | Rollins Container, Inc. v. Alton Box Board Co., et al. MAR 28 1979 | D.Minn. McLaughlin | Civ-4-79-80 | 4/13/79 | | | |
| C-18 | Metro Molding Corp. v. Alton Box Board Co., et al. 4/16/79 | N.D.Ill. Marshall | 79C1177 | 5/2/79 | H 79 1086 | | |
| C-19 | The Pillsbury Co., et al. v. Alton Box Board Company, et al. 4/16/79 | N.D.Ill Decker | 79C1156 | 5/3/79 | H 79 1094 | | |
| C-20 | Esprit De Corp v. Alton Box Board opposed 5/31/79 6/12/79 | N.D.Cal. Orrick | 79-1053-WHO | | CTO's vacated 12/4/81 | | |
| C-21 | Alton Box Board Corp, et al. v. Esprit De Corp opposed 5/31/79 6/12/79 | N.D.Cal. Burke | 79-1052-LHB | | do not count | | |
| C-22 | The Mead Corp. v. Alton Box Board Co., et al. JUN 5 1979 | D.Minn. Alspp | Civ-4-79-245 | 6/21/79 | | | |

July 1979 — 38 TC; 26 XYZ; 6 DIS; 58 Reg.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D-23 | Coronet Container Corporation v. International Paper Company, et al. 9/14/ OPPOSED SEP 27 1979 | N.D.Ill Decker | 79C3392 | 12/14/79 | | | |
| D-24 | Kraft, Inc., et al. v. Alton Box Board Co., et al. | N.D.Ill Decker | 79 C4297 | 4/23/80 | H80 1145 | | OSC 11/21/79 |

DOCKET NO. 310 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-25 | Armour and Co., etc. v. Boise Cascade Corp., et al. | N.D.Ill Decker | 79C4517 | 2/11/80 | H-80-1146 | | OSC 11/21/79 |
| D-26 | Dubuque Packing Co. v. Container Corp. of America, et al. | N.D.Ill Decker | 79C4518 | 2/11/80 | H-80-1143 | | OSC 11/21/79 |
| D-27 | Anchor Hocking, et al. v. Alton Box Board Co., et al. | N.D.Ill Decker | 79C4906 | 2/11/80 | H-80-1153 | | |
| D-28 | Green Giant Company v. Alton Box Board Co., et al. 2/15/80 | N.D.Ill Decker | 80C18 | 3/4/80 | H-80-713 | | |
| D-29 | United States Gypsum Co., et al. v. Alton Box Board Co., et al. 2/15/80 | N.D.Ill Decker | 79C5220 | 3/4/80 | H-80-714 | | |
| D-30 | Northwest Wholesale Inc., etc. v. Alton Box Board Co., et al. 2/15/80 | N.D.Ill Decker | 80C54 | 3/4/80 | H-80-1151 | | |
| D-31 | Wenoka Supply Co., etc. v. Alton Box Board Co., et al. 2/15/80 | N.D.Ill Decker | 80C57 | 3/4/80 | H-80-1148 | | |
| D-32 | Riceland Foods, Inc., et al. v. Alton Box Board Co., et al. 2/15/80 | N.D. Ill Decker | 80C56 | 3/4/80 | H-80-1147 | | |
| D-33 | Dutch Boy, Inc. v. Alton Box Board Co., et al. 2/15/80 | N.D.Ill Decker | 80C58 | 3/4/80 | H-80-1152 | | |
| D-34 | A. Duda & Sons, Inc., et al. v. Alton Box Board Co., et al. 2/15/80 | N.D.Ill Decker | 80C59 | 3/4/80 | H-80-1150 | | |
| D-35 | Wilson Foods Corp., et al. v. Alton Box Board Co., et al. 2/15/80 opposed 2/29/80 | N.D.Ill Decker | 80C384 | 4/23/80 | H-80-1142 | | |
| D-36 | The American Lutheran Church, Board of Publication, v. Alton Box Board Co., et al. 2/15/80 | D. Minn. Lord | 4-79-636 | 3/4/80 | H-80-605 | | |

DOCKET NO. 310 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-37 | McGraw-Edison Co. v. Alton Box Board Co., et al. *2/15/80* | N.D.Ill Decker | 80C55 | *3/4/80* | *H 80-1149* | | |
| D-38 | International Can Co. v. Alton Box Board Co., et al. *4-8-80* | N.D.Ill. Roszkowski | 80C1239 | *4-24-80* | | | |
| | *July 1980 — 54 TR /26 XYZ /8 DIS /1 Rem / 7 Pdg* *July 1981 — Same* | | | | | | |
| D-39 | Wilson Foods Corp., et al. v. Inland Container Corp., et al. *8/24/81* | N.D.Ill. Grady | 80-C-6632 | *9/9/81* | | | |
| | *July 1982 — 55 TR /26 XYZ /9 Dis /1 Rem /21 Pdg* *July 1983 — Same* *July 1984 — 7 Dis Docket closed* | | | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 310  --  IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION

LIAISON COUNSEL (Appointed J. Singleton's Order 12/21/77)

| PLAINTIFF'S LIAISON COUNSEL | DEFENDANT'S LIAISON COUNSEL |
|---|---|
| William E. Wright, Esquire<br>Wright & Patton, P.C.<br>2600 Niels Esperson Bldg.<br>Houston, Texas   77002 | Robert J. Malinak, Esquire<br>Baker & Botts<br>3000 One Shell Plaza<br>Houston, Texas   77002 |
| PLAINTIFF'S STEERING COMMITTEE | DEFENDANTS COORDINATING COMMITTEE<br>SECRETARY |
| Stephen D. Susman, Esquire<br>Mandell & Wright<br>806 Main Street<br>Twenty-first Floor<br>Houston, Texas   77002 | Richard N. Carrell, Esquire<br>Fulbright & Jaworski<br>800 Bank of the Southwest Bldg.<br>Houston, Texas   77002 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

### COUNSEL INVOLVED IN CORONET CONTAINER

CORONET CONTAINER CORP.
George P. McAndrews, Esquire
Daniel A. Boehnen
Allegretti, Newitt, Witcoff,
  & McAndrews
125 South Wacker Drive
Chicago, Illinois  60606

INTERNATIONAL PAPER CO.
Henry L. King, Esq.
Davis, Polk & Wardwell
1 Chase Manhattan Plaza
New York, New York  10005

CHAMPION INTERNATIONAL, INC.
HOERNER WALDORF CORP.
Robert V. Abendroth, Esquire
Whyte & Hirschboeck
2100 Marine Plaza
Wilwaukee, Wisconsin  53202

CROWN ZELLERBACH CORP.
Howard T. Milman, Esquire
Sullivan & Cromwell
125 Broad Street
New York, New York  10004

ST JOE PAPER CO.
Richard N. Carrell, Esq.
Fulbright & Jaworski
(Same as LC)

SOUTHWEST FOREST INDUSTRIES
James W. Dilworth, Esq.
Andrews, Krutch, Campbell & Jones
2500 Exxon Building
Houston, Texas  77002

FIBRE BOX ASSOCIATION
Martin R. Browning, Esquire
Whyte & Hirschboeck
111 E. Wisconsin Ave., #2000
Milwaukee, Wisconsin  53202

CONSOLIDATED PACKAGING CORP.
William I. Goldberg, Esq.
Antonow, & Fink
111 East Wacker Drive
Suite 3000
Chicago, Illinois  60601

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 310 __ IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION

ADAMS EXTRACT CO., INC. (A-1)
Stephen D. Susman, Esquire
Mandell & Wright
806 Main Street
Twenty-first Floor
Houston, Texas  77002

PEPSI COLA BOTTLING CO. OF
  WASHINGTON, D.C., INC., ET AL. (A-2)
H. Kenneth Kudon, Esquire
Danzansky, Dickey, Tydings,
  Quint & Gordon
1010 Bender Building
1120 Connecticut Ave., N.W.
Washington, D.C.  20036

WEST PUBLISHING CO. (A-5)
Vance K. Opperman, Esquire
McGovern, Opperman & Paquin
1100 Nat'l City Bank Bldg.
510 Marquette Ave.
Minneapolis, Minn.  55402
ARCADIA FURNITURE CORP. (A-9)
LEVEE FURNITURE CO. (A-6)
VALLEY PLASTICS, INC. (A-5)
AUSTIN PRODUCTS CO. (A-8)
REDWING INDUSTRIES, INC. (A-20)
WINONA INDUSTRIES, INC. (A-21)
PEPCO INDUSTRIES, INC. (A-22)
Arnold D. Henkel, Jr., Esq.
McGovern, Henkel & Paquin
4312 IDS Tower
Minneapolis, Minn.  55402

DOUGLAS FURNITURE CORP. (A-10)
Robert S. Atkins, Esquire
Freeman, Atkins & Coleman
100 W. Monroe St.
21st Floor
Chicago, IL  60603

WITTEK GOLF SUPPLY, INC. (A-11)
Phillip C. Goldstick, Esquire
Goldstick & Smith
180 N. LaSalle Street
Suite 2505
Chicago, IL 60601

THE AMBERLEY GREETING CARD CO.,
  ET AL. (A-12)
Granvil I. Specks, Esquire
Perry Goldberg, Esquire
Specks & Goldberg
180 North LaSalle St., Ste. 2316
Chicago, Illinois  60601

WESTBRAE NATURAL FOODS (A-13)
Francis O. Scarpulla, Esquire
Cooper & Scarpulla
601 Montgomery Street
19th Floor
San Francisco, CA  94111

CO-ORDINATED INDUSTRIES, INC. (A-14)
Howard A. Specter, Esquire
Litman, Litman, Harris & Specter
1701 Grant Building
Pittsburgh, PA  15219

FURNITURE PLASTICS, INC. (A-15)
James B. Sloan, Esquire
Sloan & Connelly
111 West Washington St.
Chicago, IL  60602

CARRON MANUFACTURING CO. (A-16)
Lawrence Walner, Esquire
200 East Randolph Drive
Chicago, Illinois  60601

CARNIVALE BAG CO., INC. (A-17)
Ira Jay Sands, Esquire
515 Madison Avenue
New York, New York  10022

DURAWOOD INDUSTRIES, INC. (A-18)
Leonard Barrack, Esquire
Barrack, Rodos & McMahon
2000 Market Street
Philadelphia, PA

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 310    - IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION

SAMBO'S RESTAURANTS, INC. (A-19)
Elwood S. Kendrick, Esquire
Kendrick, Netter, Orr & Bennett
612 South Flower Street
Suite 1200
Los Angeles, CA  90017

AFTER SIX, INC., ET AL (A-23)
Allen D. Black, Esquire
Fine, Kaplan & Black
1845 Walnut Street
Philadelphia, Pa.  19103

ALTON BOX BOARD COMPANY
Robert B. Maucker, Esquire
Hoagland, Maucker, Bernard & Almeter
401 Alton Street
Alton, IL  62002

BOISE CASCADE CORPORATION
John T. Loughlin, Esquire
Bell, Boyd, Lloyd, Haddad & Burns
Suite 3300
135 South LaSalle Street
Chicago, IL 60603

CONTAINER CORPORATION OF AMERICA
John J. McHugh, Esquire
Chadwell, Kayser, Ruggles,
  McGee & Hastings
8500 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

THE CONTINENTAL GROUP, INC.
(formerly the "Continental
Can Co., Inc.")
W. Donald McSweeney, Esquire
Schiff, Hardin & Waite
7200 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

THE CHESAPEAKE CORP. OF
  VIRGINIA
Thomas G. Slater, Jr., Esquire
Hunton & Williams
P.O. Box 1535
Richmond, Virginia  23212

 Robert Everett Wolin, Esq.
 Morgan, Lewis & Boxkius
 123 South Broad Street
 Philadelphia, Pennsylvania  19109

CONSOLIDATED PACKAGING CORP.
John H. Ward, Esquire
Antonow & Fink
111 East Wacker Drive
Suite 3000
Chicago, IL 60601

CORCO, INC.
WILLAMETTE INDUSTRIES, INC.
WESTERN KRAFT EAST, INC.
Jeffery M. Cross, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

CROWN ZELLERBACH CORP.
Howard T. Milman, Esquire
Sullivan & Cromwell
125 Broad Street
New York, New York  10004

DIAMOND INTERNATIONAL CORP.
Bruce A. Hecker, Esquire
Shea, Gould, Climenko & Casey
330 Madison Avenue
New York, New York  10017

DURA CONTAINERS, INC.
Michael H. King, Esquire
Ross, Hardies, O'Keefe,
  Babcock & Parsons
One IBM Plaza
Suite 3100
Chicago, IL  60611

FIBRE BOX ASSOCIATION
Martin R. Browning, Esquire
Whyte & Hirschboeck
111 E. Wisconsin Ave., #2000
Milwaukee, Wisconsin  53202

FIBREBOARD CORP.
Charles E. Hanger, Esquire
Brobeck, Phleger & Harrison
One Market Plaza
Spear Street Tower
San Francisco, CA 94105

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __3__

DOCKET NO. __310__ -- IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION

GEORGIA-PACIFIC CORP.
Cloyd R. Mellott, Esquire
Eckert, Seamans, Cherin
  & Mellott
42nd Floor, 600 Grant St.
Pittsburgh, PA  15219

GREEN BAY PACKAGING, INC.
J. Wayne Roper, Esquire
Gibbs, Roper, Loots
  & Williams
757 N. Broadway
Milwaukee, Wisconsin  53202

CHAMPION INTERNATIONAL, INC.
HOERNER WALDORF CORP.
Robert V. Abendroth, Esquire
Whyte & Hirschboeck
2100 Marine Plaza
Milwaukee, Wisconsin  53202

INLAND CONTAINER CORP.
Thomas M. Scanlon, Esquire
Barnes, Hickam, Pantzer &
  Boyd
1313 Merchants Bank Bldg.
Indianapolis, Indiana  46204

INTERSTATE CONTAINER CORP.
Arthur W. Hahn, Esq.
69 W. Washington St.
Chicago, IL  60602

INTERNATIONAL PAPER CO.
Henry L. King, Esq.
Davis, Polk & Wardwell
1 Chase Manhattan Plaza
New York, New York  10005

LONGVIEW FIBER
Richard Clinton, Esquire
Arthur C. Claflin, Esquire
Bogle & Gates
2200 Bank of California Center
Seattle, Washington  98164

MACMILLAN-BLOEDEL
MacDonald Flinn, Esqure
White & Case
14 Wall Street
New York, New York  10005

THE MEAD CORP.
Alan M. Wiseman, Esquire
Howrey & Simon
1730 Pennsylvania Ave., N.W.
Washington, D. C.  20006

MENASHA CORPORATION
William A. Sterns, Esquire
Quarles & Brady
780 North Water Street
Milwaukee, Wisconsin  53202

OLINKRAFT, INC.
C. Kenneth Shank, Jr., Esquire
Webster & Sheffield
1 Rockefeller Plaza
New York, New York  10020

OWENS-ILLINOIS, INC.
John D. Roady, Esq.
Hutcheson & Grundy
3300 Two Allen Center
Houston, Texas  77002

PACKAGING CORP. OF AMERICA
E. Houston Harsha, Esquire
Kirkland & Ellis
200 E. Randolph Drive
Chicago, IL  60601

POTLATCH
Allan N. Littman, Esquire
Pillsbury, Madison & Sutro
P.O. Box 7880
San Francisco, CA  94120

ST. JOE PAPER CO.
Richard N. Carrell, Esquire
Fulbright & Jaworski
800 Bank of the Southwest Bldg.
Houston, Texas  77002

ST. REGIS PAPER CO.
H. Richard Wachtel, Esquire
LeBoeuf, Lamb, Leiby & MacRae
140 Broadway
New York, New York  10005

SOUTHWEST FOREST INDUSTRIES
James W. Dilworth, Esquire
Andrews, Kurth, Campbell & Jones
2500 Exxon Bldg.
Houston, Texas  77002

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 4

DOCKET NO. 310 -- IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION

STONE CONTAINER CORP.
Robert J. Malinak, Esquire
Baker & Botts
*Saenmae I.C.*
Houston, Texas 77002

UNION CAMP CORP.
Robert J. Bagdasarian, Esquire
Breed, Abbott & Morgan
153 E. 53rd Street
New York, New York 10022

WESTVACO CORP.
Leslie H. Arps, Esquire
Skadden, Arps, Slate, Meagher & Flom
919 Third Avenue
New York, New York 10022

WEYERHAEUSER COMPANY
John H. Morrison, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

U.S. CORRUGATED FIBREBOX CO.
James G. Hiering, Esquire
Keck, Cushman, Mahin & Cate
8300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

GRIST MILL CO. (B-1)
Stephen D. Susman, Esquire
Mandell & Wright
(See (A-1)

Lowell E. Sachnoff, Esquire
Sachnoff, Schrager, Jones
 & Weaver
Suite 4700
One IBM Plaza
Chicago, Illinois 60601

VALLEY AVOCADO SALES (B-2)
Eugene Goldgar, Esquire
1320 Conoco Tower
5 Greenway Plaza East
Houston, Texas 77046

Arthur Gochman, Esquire
Gochman & Will
555 San Antonio Bank & Trust Bldg.
711 Navarro St.

UNIVERSAL COOPERATIVES, INC. (B-3)
Stephen D. Susman, Esq.
Mandell & Wright
See A-1

Eugene Warlich, Esquire
E-1500 First Natl. Bank Bldg.
St. Paul, Minnesota 55101

SHELL TEX FISHERIES, LTD. (B-4)
Richard C. Arroyo, Esquire
855 West Price Road
Suite 26
Brownsville, Texas 78520

BODINESS, INC. (B-5)
Harold E. Kohn, Esquire
1776 K Street, N.W.
Washington, D.C. 20006

Granvil I. Specks, Esquire
Specks & Goldberg
(See A-12)

SNYDERCRAFT CO., INC. (B-6)
James B. Sloan, Esq.
Sloan & Connelly
(See A-15)

UNITED FARMERS COOPERATIVE (B-7)
James W. Witherspoon, Esquire
Witherspoon, Aikin & Langley
140 East Third Street
Hereford, Texas 79045

COVINGTON FABRICS CORP. (B-8)
Lester L. Levy, Esquire
Wolf, Popper, Ross, Wolf & Jones
845 Third Avenue
New York, New York 10022

THE BEAUMONT CO. (B-9)
Robert Kaplan, Esquire
Kaplan, Kilsheimer & Foley
122 East 42nd Street
New York, New York 10017

ANDRE-BOUDIN BAKERIES, INC. (B-10)
Guido Saveri, Esquire
Saveri and Saveri
One Eleven Sutter St.
San Francisco, Calif. 94104

JPML FORM 2

ATTORNEY LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION                    p.5

DOCKET NO.   310  --   IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION

---

ARTCRAFT PRESS, INC. (B-11)

Jack L. Chestnut · Esquire
Chestnut, Brooks & Burkard
900 Midland Bank Building
Minneapolis, Minnesota 55401

WEST SIDE PAPER CO.  (B-12)

Jack Corinblit, Esquire
Corinblit and Shapero
3700 Wilshire Blvd.
Suite 820
Los Angeles, CA  90010

VENEER DISTRIBUTORS, INC. (B-13)

Jerome S. Wald, Esquire
Wald & Wald
100 W. Monroe St.
Chicago, Illinois  60603

SALSBURG MEATS, INC. (B-14)

Arnold Levin, Esquire
Adler, Barish, Daniels,
   Levin and Creskoff
2nd Floor, Rohm & Haas Bldg.
Philadelphia, Pa.  19106

THE HAEGER POTTERIES, INC. (C-1)

Stephen D. Sussman, Esquire

Charles D. Kipple, Esq.
Saccomanno, Clegg, Martin
   & Kipple
800 Two Houston Center
Houston, Texas  77002

ERIE SEATING CO., ET AL. (C-2)

Robert A. Skirnick, Esq.
Fortes, Riger, Skirnick & Ginsburg
11 South LaSalle Street
Suite 1100
Chicago, Illinois  60603

Much, Shelist, Freed, Denenberg
   & Ament, P.C.
105 West Madison Street
Chicago, Illinois  60602

NORTHLAND ALUMINUM PRODUCTS, INC, ET AL. (C-3)

Jack L. Chestnut, Esq.
Floyd E. Boline
Thomas Tarrish B-11
900 Midland Bank Building
Minneapolis, Minnesota  55401

LAND O'LAKES, INC., ET AL. (C-4)

Eugene M. Warlich, Esq.
Doherty, Rumble & Butler
W-1500 First National Bank Building  B-3)
Saint Paul, Minnesota  55101

John A. Cochrane, Esq.
Cochrane & Bresnahan Building
360 Wabasha Street
Saint Paul, Minnesota  55102

FRANKLIN CONTAINER CORP., ET AL. (C-5)

Edwin P. Rome, Esq.
Morris L. Weisbert, Esq.
Blank, Rome, Klaus & Comisky  Remanded
4 Penn Center Plaza
Philadelphia, Pennsylvania  19103

Heath L. Allen, Esq.
Charles W. Rubendall, II, Esq.
Keefer, Wood, Allen and Rahal
208-210 Walnut Street
P. O. Box 1226
Harrisburg, Pa.  17108

Morton P. Rome, Esq.
204 Kent Road
Wyncote, Pennsylvania  19095

TOWN HOUSE FURNITURE LTD., ET AL. (C-6)

Ellis M. Sostrin, Esq.
Sostrin & Walker
One North LaSalle Street
Chicago, Illinois  60602

TIERRA ROYAL POTTERIES, INC. (C-7)

Kenton C. Granger, Esq.
Thomas H. Brill, Esq.
Anderson, Granger, Nagels
   And Lastelic, Chartered
306 Capitol Federal Building
95th and Nall Avenue
Overland Park, Kansas  66207

JPML FORM 2A -- Continuation

DOCKET NO.  310  --   IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION

CONTINENTAL GROUP, Inc.
Edward W. Madeira, Jr., Esq.
Pepper, Hamilton & Scheetz
123 South Broad Street
Philadelphia, PA.  19109

INLAND CONTAINER CORP.
H. Francis DeLone, Esq.
Dechert, Price & Rhoads
3400 Centre Square West
1500 Market Street
Philadelphia, PA  19102

ITT CONTINENTAL BAKING CO., ET AL.(C-8)
Harold R. Collins, Jr., Esquire
Blecher, Collins & Hoecker
612 South Flower Street, S. 1250
Los Angeles, California  90017

ACCURATE METAL WEATHERSTRIP CO.,INC.(C-9)
Julien & Schlesinger, P.C.
2 Lafayette Street
New York, New York  10007

SCRANTON ROYAL CROWN BOTTLING CO.,(C-10)
David Berger, Esq.
H. Laddie Montague, Jr.
Merrill G. Davidoff
1622 Locust Street
Philadlphia, Pennsylvania  19103

DRAPER-KING COLE, INC., ET AL.(C-11)
Warren Rubin, Esq.
Bernard M. Gross, Esq.
Gross & Sklar, P.C.
1630 Locust Street
Philadelphia, Pa.  19103

Edward R. Paul, Esq.
Nilon & Paul
18 West Second Street
Media, Pa.  19063

THREE J. FARMS, INC. (C-14)
I. Walton Bader, Esq.
Bader and Bader
65 Court Street
White Plains, New York  10601

IOWA BEEF PROCESSORS, INC. (C-12)
Lee A. Freeman, Esq.
Edward W. Rothe, Esq.
Lee A. Freeman, Jr. Esq.
Jerrold E. Salzman, Esq.
John F. Kinney, Esq.
Freeman, Rothe, Freeman & Salzman
One IBM Plaza S3200
Chicago, Illinois  60611

ILIKON CORPORATION (C-13)
James B. Sloan, Esq.
Michael P. Connelly, Esq.
Sloan & Connelly
111 West Washington Street
Chicago, Illinois  60602

THREE J. FARMS, INC. (C-14)
Robert L. Stoddard, Esquire
Moore, Stoddard & Stoddard
207 Magnolia Street
Spartanburg, S.C.  29301

Local Counsel for Defendants
in C-14
C. Thomas Wyche, Esquire
Wyche, Burgess, Freeman & Parham
44 East Camperdown Way
P.O. Box 10207
Greenville, South Carolina

SUNMARK, INC. (C-15)
George W. Hamman, Esq.
Liebling, Uriell & Hamman
130 East Randolph Street
Suite 2110
Chicago, Illinois  60601

Marvin N. Benn, Esq.
134 North LaSalle Street
Suite 2222
Chicago, Illinois  60602

JPML FORM 2A -- Continuation

Attorney List -- p. ___7___

DOCKET NO. _310_ -- _____

---

DEAN FOODS COMPANY (C-16)
Francis J. McConnell, Esquire
Richard P. Campbell, Esquire
Edward F. Ruberry, Esq.
William R. Jansen, Esq.
McConnell & Campbell
Suite 4310
135 South LaSalle Street
Chicago, Illinois  60603


INTERSTATE CONTAINER CORP. __
Kael B. Kennedy, Esq.
Arthur W. Hahn, Esq.
Lee Ann Watson, Esq.
Katten, Muchin, Gitles, Zavis, Pearl & Galler
55 East Monroe St. Ste. 4100
Chicago, Illinois  60603


ROLLINS CONTAINER, INC. (C-17)
Lawrence J. Hayes, Esq.
Maun, Green, Hayes, Simon, Aretz and Murray
332 Hamm Building
St. Paul, Minnesota  55102


METRO MOLDING CORP. (C-18)
George W. Hamman, Esq.
(Same as C-15)

THE PILLSBURY CO. (C-19)
Francis J. McConnell, Esq.
(Same as C-16)

Esprit de Corp. (C-20)
Francis O. Scarpulla, Esq.
Scarpulla & Garlock
601 Montgomery Street
Nineteenth Floor
San Francisco, CA  94111

San Francisco, California

ALTON BOX BOARD, ET AL. (C-21)
See Counsel Above

---

THE MEAD CORP. (C-22)
J. Patrick McDavitt, Esq.
Catherine Roy Thatcher
500 Roanoke Bldg.
Minneapolis, Minn.  55402

Michael M. Levy, Esq.
Burk, Levy & Smith
Suite 302
1302 18th Street, N.W.
Washington, D.C.  20036


CORONET CONTAINER CORPORATION (D-23)
George P. McAndrew, Esquire
Daniel A. Boehnen, Esquire
Allegretti, Newitt, Witcoff, McAndrews
125 S. Wacker Drive
Chicago, Illinois  60606


KRAFT, INC., ET AL. (D-24)
ARMOUR AND CO., ET AL. (D-25)
DUBUQUE PACKING CO. (D-26)
Jerrold E. Salzman, Esquire
Freeman, Rothe, Freeman
__ & Salzman
One IBM Plaza-Suite 3200
Chicago, Illinois  60611


ANCHOR HOCKING, ET AL. (D-27)
Jerrold E. Salzman, Esq.
(Same as above)

JPML FORM 2A -- Continuation ⊕

Counsel of Record -- p._____

DOCKET NO. _____   -- _____   D-28-D-37

---

CHAMPION INTERNATIONAL, INC.
HOERNER WALDORF CORP.
Robert V. Abendroth, Esq.
Whyte & Hirschboeck
2100 Marine Plaza
Milwaukee, Wisconsin  53202

INLAND CONTAINER CORP.
David T. Hedges, Jr., Esq.
Vinson & Elkins
First City National Bank Building
Houston, Texas  77002

INTERNATIONAL PAPER CO.
Henry L. King, Esq.
Davis, Polk & Wardwell
1 Chase Manhattan Plaza
New York, New York  10005

LONGVIEW FIBER
Richard Clinton, Esquire
Arthur C. Claflin, Esq.
Bogle & Gates
2200 Bank of California Center
Seattle, Washington  98164

INTERSTATE CONTAINER CORP.
Kael B. Kennedy, Esq.
Katten, Muchin, Gitles,
Zavis, Pearl & Galler
55 E. Monroe St., Sted. 4100
Chicago, Illinois  60603

MACMILLAN-BLOEDEL
MacDonald Flinn, Esquire
White & Case
14 Wall St.
New York, New York  10005

THE MEAD CORP.
Alan M. Wiseman, Esq.
Howry & Simon
1730 Pennsylvania Ave., N.W.
Washington, D.C.  20006

MENASHA CORPORATION
William A. Sterns, Esq.
Quarles & Brady
OLINKRAFT, INC.
C. Kenneth Shank, Jr., Esq.
Webster & Sheffield
1 Rockefeller Plaza
New York, New York  10020

Hartly Fleischmann, Esq.
Seymour Farber, Esq.
Fleischmann & Farber
120 Montgomery Street, Ste. 2100
San Francisco, Calif.  94104

OWENS-ILLINOIS INC.
John D. Roady, Esq.
Hutcheson & Grundy
3300 Two Allen Center
Houston, Texas  77002

PACKAGING CORP. OF AMERICA
E. Houston Harsha, Esq.
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, Ill.  60601

ST. JOE PAPER CO.
Richard N. Carrell, Esq.
Same as L.C.

ST. REGIS PAPER CO.
H. Richard Wachtel, Esquire
LeBoeuf, Lamb, Leiby & MacRae
140 Broadway
New York, New York  10005

THE CHESAPEAKE CORP. OF VA.
Thomas G. Slater, Jr., Esquire
Hunton & Williams
P. O. Box 1535
Richmond, Va.  23212

ANCHOR HOCKING, ET AL. (D-27)
KRAFT, INC., ET AL. (D-24)
ARMOUR AND CO., ET AL. (D-25)
DUBUQUE PACKING CO. (D-26)
Jerrold E. Salzman, Esq.
Freeman, Rothe, Freeman
   & Salzman
One IBM PLAZA - Suite 3200
Chicago, Illinois  60611

648 – D-37

JPML FORM 2A -- Continuation

Counsel of Record -- p._____

DOCKET NO.  310  --   IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION

| | |
|---|---|
| STONE CONTAINER CORP.<br>Robert J. Malinak, Esq. | CONTINENTAL GROUP, INC.<br>W. Donald McSweeney, Esq.<br>Schiff, Hardin & Waite<br>7200 Sears Tower<br>233 S. Wacker Dr.<br>Chicago, Ill.  60606 |
| UNION CAMP CORP.<br>Robert J. Bagdasarian, Esq.<br>Breed, Abbott & Morgan<br>153 E. 53rd St.<br>New York, NewYork  10022 | CONSOLIDATED PACKAGING CORP.<br>John H. Ward, Esq.<br>Antonow & Fink<br>111 East Wacker Drive, Ste. 3000<br>Chicago, Ill.  60601 |
| WESTVACO CORP.<br>Leslie H. Arps, Esquire<br>Skadden Arps, Slate, Meagher<br>  & Flom<br>919 Third Avenue<br>New York, New York  10022 | CORCO, INC.<br>WILLAMETTE INDUSTRIES, INC.<br>WESTERN KRAFT EAST, INC.<br>Jeffery M. Cross, Esq.<br>Kirkland & Ellis<br>200 E. Randolph Dr.<br>Chicago, Ill.  60601 |
| WEYERHAEUSER CO.<br>John H. Morrison, Esq.<br>Kirkland & Ellis<br>200 E. Randolph Dr.<br>Chicago, Ill.  60601 | |
| ALTON BOX BOARD CO.<br>Robert B. Maucker, Esq.<br>Hoagland, Maucker, Bernard<br>  & Almeter<br>401 Alton St.<br>Alton, Ill.  62002 | CROWN ZELLERBACH CORP.<br>Howard T. Milman, Esq.<br>Sullivan & Cromwell<br>125 Broad Street<br>New York, New York  10004 |
| BOISE CASCADE CORP.<br>John T. Loughlin, Esq.<br>Bell, Boyd, Lloyd, Haddad<br>  & Burns, Suite 3300<br>135 S. LaSalle St.<br>Chicago, Ill.  60603 | DIAMOND INTERNATIONAL CORP.<br>Bruce A. Hecker, Esq.<br>Shea, Gould, Climenko & Casey<br>330 Madison Ave.<br>New York, New York  10017 |
| | FIBREBOX ASSOCIATION<br>Martin R. Browning, Esq.<br>Whyte & Hirschboeck<br>111 E. Wisconsin Ave.<br>Milwaukee, Wisc.  53202 |
| CONTAINER CORP. OF AMERICA<br>John J. McHugh, Esq.<br>Chadwell, Kayser, Ruggles,<br>  McGee & Hastings<br>8500 Sears Tower<br>233 S. Wacker Dr.<br>Chicago, Ill.  60606 | GREEN BAY PACKAGING, INC.<br>J. Wayne Roper, Esq.<br>Gibbs, Roper, Loots<br>  & Williams<br>757 N. Broadway<br>Milwaukee, Wisconsin  53202 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. *3/0* -- _____   D-28-D-37

POTLATCH CORP.
Allan N. Littman, Esquire
Pillsbury, Madison & Sutro
P.O. Box 7880
San Francisco, CA 94102

SOUTHWEST FOREST INDUSTRIES
James W. Dilworth, Esquire
Andrews, Kurth, Campbell & Jones
2500 Exxon Bldg.
Houston, Texas  77002

DURA CONTAINERS, INC.
Michael H. King, Esquire
Ross, Hardies, O'Keefe,
  Babcock & Parsons
One IBM Plaza, Suite 3100
Chicago, Illinois  60611

FIBREBOARD CORP.
Charles E. Hanger, Esquire
Brobeck, Phleger & Harrison
One Market Plaza
Spear Street Tower
San Francisco, California  94105

GEORGIA PACIFIC CORP.
Cloyd R. Mellott, Esquire
Eckert, Seamans, Cherin
  & Mellott
42nd Floor, 600 Grant St.
Pittsburgh, Pa.  15219

U. S. CORRUGATED FIBREBOX CO.
James G. Hiering, Esquire
Keck, Cushman, Mahin & Cate
8300 Sears Tower
233 South Wacker Dr.
Chicago, Illinois  60606

GREEN GIANT CO. (D-28)
UNITED STATES GYPSUM CO., ET AL. (D-29)
Francis J. McConnell, Esquire
McConnell & Campbell
135 S. LaSalle St.
Chicago, Illinois  60603

MC GRAW EDISON CO. (D-37)
NORTHWEST WHOLESALE INC. (D-30)
WENOKA SUPPLY CO. (D-31)
RICELAND FOODS, INC., ET AL. (D-32)
DUTCH BOY, INC. (D-33)
A. DUDA & SONS, INC. (D-34)
Robert S. Atkins, Esquire
Freeman, Atkins & Coleman
100 W. Monroe St.
Chicago, Illinois  60603

John C. Brezina, Esquire (except D-33)
Brezina & Buckingham
29 S. LaSalle St.
Chicago, Illinois  60603

WILSON FOODS CORP., ET AL. (D-35)
Jerrold E. Salzman, Esquire
Freeman, Roth, Freeman,
  & Salzman
One IBM Plaza
Chicago, Illinois  60611

THE AMERICAN LUTHERAN CHURCH,
BOARD OF PUBLICATION (D-36)
Donald A. Wheat, Esquire
925 Dain Tower
Minneapolis, Minnesota  55402

INTERNATIONAL CAN COMPANY (D-38)
George W. Hamman, Esq.
Liebling, Uriell & Hamman
130 East Randolph Street
Suite 2110
Chicago, Illinois  60601

Marvin N. Benn, Esq.
134 North LaSalle Street
Suite 2222
Chicago, Illinois  60602

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __310__ -- __IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION__

| Name of Party | Named as Party in Following Actions |
|---|---|
| ALTON BOX BOARD | C-18 C-19 C-20, C-30 |
| BOISE CASCADE | C-18 C-19 C-20 |
| CONTAINER CORP. OF AMERICA | C-18 C-19, C-38 |
| CONTINENTAL CAN CO., INC. | A-1 A-3, 4, 5, 6, 7, 8, 9 A-13, 14, 15, 16 A-17, 18, 19 A-20, 21, 22, 23 B-1 B-2 B-3 B-4 B-5 B-6 B-7 B-8 B-12 C-2 C-4, C-18 |
| CROWN ZELLERBACH CORP. | A-1 A-2 A-3, 4, 5, 6, 7, 8, 9 A-10, 11 A-12, 13, 14, 15, 16 A-17, 18, 19 A-20, 21, 22, 23 B-1 B-2 B-3 B-4 B-5 B-6 B-7 B-8 B-10 B-11 B-12 B-13 B-14 C-2 C-3 C-4 C-6 C-7 C-8, C-11 C-13 C-14, C-17 C-19 C-20 |
| FIBREBOARD CORP. | A-1 A-2 A-3, 4, 5, 6, 7, 8, 9 A-10 A-11 A-12, 13, 14, 15, 16 A-17, 18, 19 A-20, 21, 22, 23 B-1 B-2 B-3 B-4 B-5 B-6 B-7 B-8 B-10 B-11 B-12 B-13 B-14 C-2 C-3 C-4 C-6 C-7 C-8, C-11 C-13 C-14, C-17 C-19 C-20 |
| GEORGIA PACIFIC CORP. | A-1 A-2 A-3, 4, 5, 6, 7, 8, 9 A-10, 11 A-12, 13, 14, 15, 16 A-17, 18, 19 A-20, 21, 22, 23 B-1 B-2 B-3 B-4 B-5 B-6 B-7 B-8 B-10 B-11 B-12 B-13 B-14 C-2 C-3 C-4 C-6 C-7 C-8, C-11, C-13 C-14, C-17 C-19 C-20 |
| HOERNER WALDORF CORP. | A-1 A-2 A-3, 4, 5, 6, 7, 8, 9 A-10, 11 A-12, 13, 14, 15, 16 A-17, 18, 19 A-20, 21, 22, 23 B-1 B-2 B-3 B-4 B-5 B-6 B-7 B-8 B-10 B-11 B-12 B-13 B-14 C-2 C-3 C-4 C-6 C-7 C-8, C-9, C-10, C-11 C-13 C-19, C-15 C-17 C-18 C-19 C-20 |
| INLAND CONTAINER CORP. | A-1 A-2 A-3, 4, 5, 6, 7, 8, 9 A-1 A-1, 13, 14, 15, 16 A-17, 18, 19 A-20, 21, 22, 23 B-1 B-2 B-3 B-4 B-5 B-6 B-7 B-8 B-10 C-19 B-11 B-12 B-13 B-14 C-2 C-3 C-4 C-5 C-6 C-18 C-6 C-7 C-8, C-9, C-10, C-11, C-12 C-3 C-14 C-15 C-16 C-17 C-20 C-19 |
| INTERNATIONAL PAPER CO. | A-1 A-2 A-3, 4, 5, 6, 7, 8, 9 A-11 A-12 A-1, 13, 14, 16 A-17, 18, 19 A-20, 21, 22, 23 B-1 B-2 B-3 B-4 B-5 B-6 B-7 B-8 B-10 B-11 B-12 B-13 B-14 C-2 C-3 C-4 C-5 C-6 C-18 C-30 C-7 C-8 C-9 C-10, C-11, C-12 C-13 C-14, C-15 C-16, C-17 |
| LONGVIEW FIBRE CO. | A-1 A-2 A-3, 4, 5, 6, 7, 8, 9 A-10 A-11 A-4, 13, 14, 15, 16 A-17, 18, 19 A-20, 21, 22, 23 B-1 B-2 B-3 B-4 B-5 B-6 B-7 B-8 B-10 B-11 B-12 B-13 B-14 C-2 C-3 C-4 C-6 C-7 C-8 C-11, C-13 C-14, C-17 C-19 C-20 |

| | |
|---|---|
| MACMILLAN BLOEDEL CONTAINERS INC. | A-1  A-2  A-3, 4, 5, 6, 7, 8, 9   A-11<br>A-12, 13, 14, 15, 16  A-17, 18, 19  A-20, 21, 22, 23<br>B-1  B-2  B-3  B-4  B-5  B-6  B-7  B-8  B-10  B-11<br>B-12  B-13  B-14  C-2  C-3  C-4  C-6  C-7<br>C-11, C-13  C-14, C-17  C-19  C-20 |
| MACMILLAN BLOEDEL, INC. | A-1  A-10  B-7 C-8, 21, 22, 23<br>B-1  B-2  B-3  B-4  B-12  C-3  C-4, C-8<br>C-11  C-13  C-14, C-17  C-19  C-20, D-38 |
| THE MEAD CORP. | A-1  A-2  A-3, 4, 5, 6, 7, 8, 9  A-10  A-11<br>A-12, 13, 14, 15, 16  A-17, 18, 19  A-20, 21, 22, 23<br>B-1  B-2  B-3  B-4  B-5 B-6, 7 B-8  B-10  B-11<br>B-12  B-13  B-14  C-2  C-3  C-4  C-5  C-6  C-7<br>C20  C-8  C-9 C-10, C-11, C-12  C-13, C-15  C-16, C-17 C-18 C-19 |
| MENASHA CORP. | A-1  A-2  A-3, 4, 5, 6, 7, 8, 9  A-10  A-11<br>A-12, 13, 14, 15, 16  A-17, 18, 19  A-20, 21, 22, 23<br>B-1  B-2  B-3  B-4  B-5  B-6  B-7  B-8  B-10<br>C20  B-11  B-12  B-13  B-14  C-2  C-3  C-4  C-6  C-7<br>C-8  C-11  C-13  C-14, C-17  C-19 |
| OWENS-ILLINOIS, INC. | A-1  A-2  A-3, 4, 5, 6, 7, 8, 9  A-10  A-11<br>A-12, 13, 14, 15, 16  A-17, 18  A-20, 21, 22, 23<br>B-1  B-2  B-3  B-4  B-5  B-6  B-7  B-8  B-10  C-19<br>B-11  B-12  B-13  B-14  C-2  C-3  C-4  C-5  C-6  C-18<br>C20  C-7  C-8  C-9  C-10  C-11, C-12  C-13  C-14  C-16, C-17 C-18 |
| PACKAGING CORP. OF AMERICA | A-1  A-2  A-3, 4, 5, 6, 7, 8, 9  A-10  A-11<br>A-12, 13, 14, 15, 16  A-17, 18, 19, 20  21, 22, 23<br>B-1  B-2  B-3  B-4  B-5  B-6  B-7  B-8  B-10<br>B-11  B-12  B-13  B-14  C-2  C-3  C-4  C-6<br>C-7  C-8, C-11  C-13  C-14, C-17  C-19  C-20 |
| POTLACH CORP. | A-1  A-2, 3, 4, 5, 6, 7, 8, 9  20, 21, 22, 23<br>B-1  B-2  B-3 B-4  B-7  B-8  B-12  C-4<br>C-11, C-13  C-14, C-17  C-19  C-20 |
| ST. JOE PAPER CO. | A-1  A-2  A-3, 4, 5, 6, 7, 8, 9  A-10, 11<br>A-12, 13, 14, 15, 16  A-17, 18, 19, 20  21, 22, 23<br>B-1  B-2  B-3  B-4  B-5  B-6  B-7 B-8  B-10<br>B-11  B-12  B-13  B-14  C-2  C-3  C-4  C-7  C-8<br>C-10, C-11, C-12  C-13  C-14, C-16, C-17 C-18  D-38 |
| ST. REGIS PAPER CO. | A-1  A-2  A-3, 4, 5, 6, 7, 8, 9  A-10, 11<br>A-12, 13, 14, 15, 16  A-17, 18, 19, 20  21, 22, 23<br>B-1  B-2  B-3  B-4  B-5  B-6  B-7  B-10  B-11<br>B-12  B-13  B-14  C-2  C-3  C-4  C-5  C-6  C-7<br>C-8, C-11  C-13  C-14, C-17  C-19 |
| STONE CONTAINER CORP. | D-38 |
| SOUTHWEST FOREST INDUSTRIES INC. | A-1  A-2, 3, 4, 5, 6, 7, 8, 9  A-10, 11<br>A-12, 13, 14, 15, 16  A-17, 18, 19, 20, 21, 22, 23<br>B-1, B-2  B-3  B-4  B-5  B-6  B-7  B-8  B-10<br>B-11  B-12  B-13  B-14  C-2  C-3  C-4  C-6  C-7  C-8<br>C-11, C-13  C-14, C-17  C-19 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 310 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| WESTERN KRAFT EAST. INC? | A-1 A-2 9,3,4,5,6,7,8,9,20,21,22,23 B-1 B-2 B-3 B-4 B-7 B-8 B-12 C-4 C-5 C-11, C-13 C-14, C-17 C-19 |
| WESTVACO CORP. ✓ | A-1 A-2 A-3,4,5,6,7,8,9 A-10 A-11 A-12,13,14,15,16 A-17,18,19 20,21,22,23 B-1 B-2 B-3 B-4 B-5 B-6 B-7 B-8 B10 B-12 B-13 B-14 C-2 C-3 C-4 C-5 C-6, C-7,8, C-11 C-13 C-14, C-17 C-19 |
| WEYERHAEUSER CO. ✓ | A-1 A-2 A-3,4,5,6,7,8,9 A-10 A-11 A-12,13,14,15,16 A-17,18,19,20,21,22,23 B-1 B-2 B-3 B-4 B-5 B-6 B-7 B-8 B10 B-11 B-12 B-13 B-14 C-2 C-3 C-4 C-5 C-18 C-6 C-7 C-8 C-9 C-10, C-11, C-12 C-13 C-14 C-16,C-17 |
| CONTINENTAL GROUP, INC. ✓ | A-2 A-10, 11 A-12, 13, 14, 15 A-17, 18, 19 B-5 B-6 B-10 B-11 B-13 B-14 C-2 C-3 C-5 C-6 C-8 C-10, C-11, C-12 C-13 C-14 C-5 C-16, C-17 C-19 C-20; C-38 |
| UNION CAMP CORP. ✓ | A-2 A-9 A-11 A-12, 13, 14 15, 16 A-17 A-18, A-19 B-5 B-6 B-10 B-11 B-13 B-14 C-2 C-3 C-5 C-6 C-7, C-8, C-11 C-13 C-14, C-19 C-19 |
| OLINKRAFT, INC. ✓ | A-2 A-10 A-11 A-12, 13, 14 15, 16 A-17, 18, 19 B-5 B-6 B-10 B11 B-13 B-14 C-2 C-3 C-6 C-7, C-13 C-14, C-15, C-16, C-17 C-18 C-19 C-20 |
| CONSOLIDATED PACKAGING CO. ✓ | A-2 A-10, 11 A-12, 13, 14, 15 16 A-17, 18, 19 B-5 B-6 B-10 B-11 B-12 B-14 C-2 C-3 C-6 C-7 C-8 C-10, C-11, C-12, C-13 C-14, C-15, C-16 C-17 C-19 C-20 |
| FIBREBOX ASSN. ✓ | A-2 A-10, 11 A-12, 13, 14, 15 A-17, 18, 19 B-5 B-6 B-10 B-13 B-14 C-2 C-3 C-6 C-7 C-8, C-13 C-14, C-17 |
| WILLAMETTE INDUSTRIES ✓ | A-10 A-11 A-12, 13, 14, 15, 16 A-17, 18, 19, B-5 B-6 B-10 B-11 B-13 B-14 C-2 C-3 C-6 C-7 C-8, C-11, C-13 C-14, C-17 C-19, C-38 |
| CHESAPEAKE CORP. OF VIRGINIA ✓ | A-2, 13, 14, 15, 16 A-17, 18, 19 B-5 B-6, B-10 B-13 B-14 C-2 C-7 C-8, C-11 C-13 C-14, C-17 C-19 |
| CORCO INC. | A-2, 13, 14, 15, 16 A-17, 18, 19 B-5 B-6, B-10 B11 B-13 B-14 C-2 C-3 C-7 C-8 C-11, C-13 C-14, C-17 C-19 C-20 |

p. 4

| | |
|---|---|
| DIAMOND INTERNATIONAL CORP. ✓ | A-12 13, 14, 15, A-17, 18, 19 B-5 B-6 B-10 B-11 B-13 B-14 C-2 C-3 C-7 C8 C-11 C-13 C-14, C-17 C-19 C-20 |
| GREEN BAY PACKAGING, INC. | A-12 13, 14, 15, A-17, 18, 19 B-5 B-6 B-10 B-11 B-13 B-19 C-2 C-3 C-7 C-8, C-11, C-13 C-14, C-17 C-19 |
| U. S. CORRUGATED FIBRE BOX COR. | A-12 13, 14, 15, A 17, 18, 19 B-5 B-6 B-10 B-11 B-13 B-14 C-2 C-3 C-7, C-8, C-11, C-13 C-14, C-17 C-19 |
| *Durawood* ✓ | . |
| *Dura Containers* | B-5 B-6 B-10 B-11 B-13 B-14 C-2 C-3 C-7, 8, C-11, C-13 C-14, C-17 C-19 C-20 |
| *Interstate Container Corp* | B-10 B-11 B-13 B-14 C-2 C-3 C-7, C-8, C-11 C-13 C-14, C-17 C-20 |
| Mark Cassidy (Weyerhaeuser Co.) | C-9 |
| Peter J. Fluge (Owens-Illinois Inc.) | C-9 |
| Bryon J. Glaser (Owens-Illinois Inc.) | C-9 |
| William Winters (Owens-Illinois) | C-9 |
| J.W. Mesman (Olinkraft's) | C-9 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 310 --  IN RE CORRUGATED CONTAINER ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Lee Michael (Olinkraft) | C-9 |
| James K. Peterson (Continental Group Inc.) | C-9 |
| Clarke Thornton (Alton Box Board Co.) | C-9 |
| James Braud (St. Joe Paper Co.) | C-9 |
| Ralph Crane (St. Joe Paper Co.) | C-9 |
| Allen Casady (Stone Container Corp.) | C-9 |
| Frank Goetz (Stone Container Corp.) | C-9 |
| Numan Garrison (Weyerhaeuser Co.) | C-9 |
| Richard Edmunds (International Paper Co.) | C-9 |
| J. Robert Grayson (International Paper Co.) | C-9 |
| Kevin McMorrow (International Paper Co.) | C-9 |

p. ___6___

| | |
|---|---|
| Francis Pratt (International PaperCo.) | C-9 |
| Frank English (Container Corp. of Amer.) | C-9 |
| Joseph Kilcullen (Container Corp. of Americ) | C-9 |
| Charles Jackson, Jr. (Hoerner Waldorf Corp.) | C-9 |
| John Jackson (Hoerner Waldorf Corp.) | C-9 |
| Ralph Murchison (Boise Cascade) | C-9 |
| Dean Treadway (Boise Cascade) | C-9 |
| Baxter T. Stewart (Inland Container Corp.) | C-9 |
| John Catlin (Weyerhaeuser Co.) | C-9 |
| Frederick E. Huff (Weyerhaeuser Co.) | C-9 |
| Champion Inter'l Corp. | C-11, C-12, C-13 C-14, C-16, C-17 C-19 C-20 |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 310 -- In re Corrugated Container Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| PACKAGING CORP. OF AMERICA | C-20, C-22 25 26 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37 D-39 |
| POTLATCH CORP. | C-20, C-22 D 27, 28, 29, 30, 31, 32, 33, 34 36, 37 |
| ST JOE PAPER CO. | C-20 C-22 D-23 25 27, 28, 29, 30, 31, 32, 33, 34 36, 37 |
| ST REGIS PAPER CO. | C-20, C-22 D24 25 26 27, 28, 29, 30, 31, 32, 33 34 35, 36, 37 |
| SOUTHWEST FOREST INDUSTRIES, INC. | C-20, C-22 D-23 D-27, 28, 29, 30, 31, 34, 33 34, 35 36, 37 |
| STONE CONTAINER CORP. | C-20, C-22 D24, 28, 29, 30, 31, 32, 33 34 35 36, 37, 38 |
| UNION CAMP. CORP. | C-22 D24 25 27, 28, 29, 30, 31, 32, 33, 34 36, 37 |
| U. S. CORRUGATED FIBRE BOX CO. | C-22, 28, 29, 30, 31, 32, 33, 34 35, 36, 37 |
| WESTERN KRAFT EAST CORP. | C-22 28, 29, 30, 31, 32, 33 34, 35, 36, 37 |
| WEYERHAEUSER CO. | C-22 D24 25 26 27, 28, 29, 30, 31, 34, 33 34, 35, 36 37 D-39 |
| WILLAMETTE INDUSTRIES | C-22 D24 25 27 28, 29, 30, 36, 38 |

p. _____

| | |
|---|---|
| Chesapeake Corp. of Va. | C-22 D-24 28, 29, 30, 31, 32, 33, 34, 35, 36, 37 |
| Container Corp. of *[signature] Feb 9/81* | C-22 D-24 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37 |
| Westvaco Corp. | C-22 35 27, 28, 29, 30, 31, 32, 33, 34, 36, 37 |
| Green Bay Packaging, Inc. | C-22 D-24 25, 28, 29, 30, 31, 32, 33, 34, 36, 37 |
| FIBRE BOX CORP. | D-23 D-24 27, 28, 30, 31, 32, 33, 34, 35, 37 |
| | |
| | |
| | |
| | |
| | |
| | |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 310  --  In re Corrugated Container Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| ALTON BOX BOARD CO. | C-20, C-22 D-24 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37 D-38 |
| BOISE CASCADE CORP. | C-20, C-22 D-24, 25 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37 |
| CHAMPION INTERNATIONAL, INC. | C-20, C-22 D-23 D-24 25 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37 |
| CONSOLIDATED PACKAGING CORP. | C-20, C-22 D-23 D-24 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37 |
| THE CONTINENTAL GROUP, INC. | C-20, C-22 25 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37 |
| CORCO, INC. | C-20, C-22 27, 28, 29, 30, 31, 32, 33, 34, 36, 37 |
| CROWN ZELLERBACH CORP. | C-20, C-22 D-23 25 28, 29, 30, 31, 32, 33, 34, 36, 37 |
| DIAMOND INTERNATIONAL CORPORATION | C-20, C-22 D-24 28, 29, 30, 31, 32, 33, 34, 36, 37 |
| DURA-CONTAINERS, INC. | C-20, C-22, 28, 29, 36 |
| FIBREBOARD CORP. | C-20, C-22 25 26, 28, 29, 30, 31, 32, 33, 34, 36, 37 |
| GEORGIA PACIFIC CORP. | C-20, C-22, 28, 29, 30, 31, 32, 33, 34, 36, 37 |

p. _____

| | |
|---|---|
| HOERNER WALDORF CORP. | C-20, C-22 D-23; D24 25 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37 D-38 |
| INLAND CONTAINER CORP. | C-20, C-22; D24 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37 D-39 |
| INTERNATIONAL PAPER CO. | C-20, C-22 D-23; D24 25 27, 28, 29, 30, 31, 32, 33, 34, 35, 37, 38, D-39 |
| INTERSTATE CONTAINER CORP. | C-20, C-22, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37 |
| LONGVIEW FIBRE  CO. | C-20, C-22 25 26, 28, 29, 30, 31, 32, 33 34 35, 36, 37 |
| MACMILLAN BLOEDEL, INC. | C-20, C-22 25 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37 |
| MACMILLAN BLOEDEL CONTAINERS, INC. | C-20, C-22 D24 25 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37 |
| THE MEAD CORP. | C-20, D24 25 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37 |
| MENASHA CORP. | C-20, C-22, D24 25 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37 |
| OLINKRAFT, INC. | C-20, C-22 25 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37 |
| OWENS-ILLINOIS, INC. | C-20, C-22 D24 25 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, D-39 |